**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**


*150602*

Civil Action no : **1:21-cv-01125-NGG-CLP**
Date Index Number Purchased: **03/03/2021**

| | |
|---|---|
| Plaintiff(s): | **ILUMINADA ORTEGA** |
| Defendant(s): | **CHAMPAGNE ROOM BK, INC D/B/A DRAFT BARN D/B/A END ZONE SPORTS BAR & LOUNGE, ET AL** |

STATE OF NEW YORK
COUNTY OF ALBANY        ss.:

**Daniel O'Leary**, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **03/04/2021** at **3:24 PM**, at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT, AND CIVIL COVER SHEET** upon **CHAMPAGNE ROOM BK, INC D/B/A DRAFT BARN D/B/A END ZONE SPORTS BAR & LOUNGE** at One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231.

Defendant/respondent in this action by delivering and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service , deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section **306 of the Business Corporation Law**.

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of the State of New York duly authorized to accept such service on the behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows :

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **White** | **Black** | **57-59** | **5Ft4In-5Ft8In** | **131-160 lbs** |
| Other Features: | | | | | |

Documents were properly endorsed with index number and date of filing.

Sworn to and subscribed before me on 03/08/2021

_____
Notary Public

X_____
Daniel O'Leary
Peter Feldman
14 Maljin Ct.
Suite 100
Wayne, NJ 07470
917-709-6311



[ ] Daniel O'Leary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission expires 12/09/2021

[ ] Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023