UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA,<br><br>                    Plaintiff,<br>       v.<br><br>CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; BROOKLYN DRAFT AND GRILL INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; ELITE HOLDINGS AND MANAGEMENT, INC d/b/a ADRENALINE BAR & LOUNGE d/b/a DRAFT BRN, d/b/a END ZONE SPORTS BAR & LOUNGE; RUBEN YEGHOYAN; YEVGENIY TROFIMCHUK; and DIMITRI YAGUDAEV; *Individually*,<br><br>                    Defendants. | 21-cv-01125 (NGG-CLP) |

**APPEARANCE OF COUNSEL**

To:     The Clerk of this Court and All Parties of Record:


I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Ruben Yeghoyan.



Date: March 29, 2021                                     s/ Elena Fast
                                                                          Elena Fast, Esq.
                                                                          The Fast Law Firm, P.C.
                                                                          40 Fulton Street, 23 Floor
                                                                          New York, NY 10038
                                                                          Phone: (212)729-6082
                                                                          Email: elena@efastlaw.com