

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jonathan@shalomlawny.com

**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Iluminada Ortega v. End Zone, et al.*
**Civil Action No.: 1:21-cv-01125-NGG-CLP**

Dear Judge Garaufis:

This firm represents Plaintiff Iluminada Ortega ("Plaintiff") in the above-referenced matter. We write, with the consent of Defendant Ruben Yeghoyan ("Defendant Yeghoyan"), to respectfully request: (1) a thirty (30) day extension of time for Plaintiff to respond to Defendant Yeghoyan's Answer with Counterclaim, from April 19, 2021 to May 19, 2021.

This is Plaintiff's first request for an extension of time to file a reply to Defendant Yeghoyan's Answer with Counterclaim. The undersigned had communicated with counsel for Defendant Yeghoyan on whether they would consent to the requested extension of time. Counsel for Defendant responded that she "takes no position on [our] request for the extension of time to file and defer to the Court."

We submit this request in good faith and not to cause undue delay. The granting of this request will not impact any other scheduled deadlines. The undersigned thanks the Court for its time and attention to this matter.

Respectfully submitted,


*/s/Jonathan Shalom*


Jonathan Shalom



cc:     All counsel of record (via ECF)