## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; BROOKLYN DRAFT AND GRILL INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; ELITE HOLDINGS AND MANAGEMENT, INC d/b/a ADRENALINE BAR & LOUNGE d/b/a DRAFT BRN, d/b/a END ZONE SPORTS BAR & LOUNGE; RUBEN YEGHOYAN;<br>YEVGENIY TROFIMCHUK; and DIMITRI YAGUDAEV; *Individually*,<br><br>　　　　　　　Defendants. | 21-cv-01125 (NGG-CLP) |

## WITHDRAWAL OF COUNTERCLAIM

In order to avoid unnecessary litigation at the early stage of this case, Defendant Ruben Yeghoyan, (hereinafter "YEGHOYAN" or "Defendant") by and through his counsel, The Fast Law Firm, P.C. hereby withdraws Counterclaim One without prejudice with the likelihood of renewal post discovery.

Respectfully Submitted,

*/s/ Elena Fast*
Elena Fast, Esq.
Counsel for Ruben Yeghoyan
The Fast Law Firm, P.C.
40 Fulton Street, 23 Floor
New York, NY 10038
Phone: (212)729-6082
Email: elena@efastlaw.com

> **SO ORDERED.**
>
> */s/ Nicholas G. Garaufis*
> **Hon. Nicholas G. Garaufis**
> **Date:** April 20, 2021

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021 I served a true and correct copy of the foregoing Withdrawal of Counterclaim via electronic filing with the Court's ECF system for notice to all counsel of record.

*/s/ Elena Fast*
Elena Fast, Esq.
Counsel for Ruben Yeghoyan
The Fast Law Firm, P.C.
40 Fulton Street, 23 Floor
New York, NY 10038
Phone: (212)729-6082
Email: elena@efastlaw.com