UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x
ILUMINADA ORTEGA.

        Plaintiff,

  v.

CHAMPAGNE ROOM BK, INC., et al.

        Defendants.
----------------------------------------------------------x

Case No. 21-cv-1125

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney represents YEVGENIY TROFIMCHUK and DRAFT AND GRILL INC., named defendants in this action.

Dated: Bronxville, New York
       May 19, 2021

_____
Michelle Rago, Esq.
47 Merriam Avenue
Bronxville, New York 10708
mrago@ragolaw.com
Tel: (914) 441-4887

*Attorney for Yevgeniy Trofimchuk
and Draft and Grill, Inc.*

TO:   Jonathan Shalom, Esq.
       Shalom Law, PLLC
       105-13 Metropolitan Avenue
       Forest Hills, New York 11375
       jonathan@shalomlawny.com
       Tel: (718) 971-9474

       *Attorneys for Plaintiff*