UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
ILUMINADA ORTEGA.

       Plaintiff,

  v.

CHAMPAGNE ROOM BK, INC., et al.

       Defendants.
---------------------------------------------------------x

Case No. 21-cv-1125

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned attorney represents YEVGENIY TROFIMCHUK and DRAFT AND GRILL INC., named defendants in this action.

Dated:  Bronxville, New York
       May 19, 2021

                                                                          /s/ Michelle Rago
                                                                         Michelle Rago, Esq.
                                                                         47 Merriam Avenue
                                                                         Bronxville, New York 10708
                                                                         mrago@ragolaw.com
                                                                         Tel:  (914) 441-4887

                                                                         *Attorney for Yevgeniy Trofimchuk*
                                                                         *and Draft and Grill, Inc.*

TO:    Jonathan Shalom, Esq.
         Shalom Law, PLLC
         105-13 Metropolitan Avenue
         Forest Hills, New York 11375
         jonathan@shalomlawny.com
         Tel: (718) 971-9474

         *Attorneys for Plaintiff*