UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no : 21cv1125

| Plaintiff(s): | **ILUMINADA ORTEGA** |
|---|---|
| | VS. |
| Defendant(s): | **CHAMPAGNE ROOM BK, INC. d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, Et al.** |

State of NEW YORK - County of QUEENS     ss.:

**Roberto Urena**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **05/12/2021** at **10:15 AM**, I served the within **Summons and Complaint with the index#21cv1125 endorsed thereon** on **YEVGENIY TROMFIMCHUK** at **2571 HUBBARD STREET, Brooklyn, NY 11235** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Faina Tromfimchuk**, **MOTHER** of **YEVGENIY TROMFIMCHUK**, a person of suitable age and discretion. Said premises is **YEVGENIY TROMFIMCHUK's** usual place of abode within the state.

On **05/14/2021**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **2571 HUBBARD STREET, Brooklyn, NY 11235** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 50-60 | 5ft4in-5ft8in | 131-160 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant(s)** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_May 25th_, 20 _21_

Notary Public,

PEDRO J RODRIGUEZ
Notary Public, State of New York
Registration No. 01R06415136
Qualified in Queens County
Commission Expires 03/08/2025

X_____
Roberto Urena
License#: 1263889
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
Branch: Main

**SHALOM LAW PLLC**