UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ILUMINADA ORTEGA.

        Plaintiff,

v.

CHAMPAGNE ROOM BK, INC., et al.

        Defendants.

-----------------------------------------------------------x

Case No. 21-cv-1125

**STIPULATION OF DISMISSAL**

**WHEREAS,** defendants YEVGENIY TROFIMCHUK ("Trofimchuk") and DRAFT AND GRILL INC. ("Draft and Grill") have provided tax returns and other documentation to plaintiff ILUMINADA ORTEGA; and

**WHEREAS,** defendants have demonstrated to plaintiff's satisfaction that neither Trofimchuk individually or his corporation Draft and Grill had any relationship to the parties or the allegations in the instant matter;

**IT IS HEREBY STIPULATED** that this action be dismissed with prejudice against Trufimchuk and Draft and Grill;

**IT IS ALSO HEREBY STIPULATED** that both parties agree to mutually release each other from any and all claims in connection with this action.

Dated: June 16, 2021

                                              */s/ Michelle Rago*
                                              Michelle Rago, Esq.
                                              47 Merriam Avenue
                                              Bronxville, New York 10708
                                              mrago@ragolaw.com
                                              Tel: (914) 441-4887

*Attorney for Yevgeniy Trofimchuk
and Draft and Grill, Inc.*

*[signature]*

———————————————

Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, New York 11375
jonathan@shalomlawny.com
Tel: (718) 971-9474

*Attorneys for Plaintiff*

**So Ordered.**
s/Nicholas G. Garaufis
———————————————
Hon. Nicholas G. Garaufis
Date: 6/18/21

2