UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; BROOKLYN DRAFT AND GRILL INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; ELITE HOLDINGS AND MANAGEMENT, INC d/b/a ADRENALINE BAR & LOUNGE d/b/a DRAFT BRN, d/b/a END ZONE SPORTS BAR & LOUNGE; RUBEN YEGHOYAN; YEVGENIY TROFIMCHUK; and DIMITRI YAGUDAEV; Individually<br><br>　　　　Defendants, | Case No. 21-cv-01125 (NGG-CLP)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE,** Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff Iluminada Ortega hereby dismisses this action as to Defendants, Elite Holdings and Management, Inc., and Dimitri Yagudaev without prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated: July 7, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SHALOM LAW PLLC

　　　　　　　　　　　　　　　　　　By: /s/Jonathan Shalom
　　　　　　　　　　　　　　　　　　Jonathan Shalom, Esq.
　　　　　　　　　　　　　　　　　　SHALOM LAW, PLLC.
　　　　　　　　　　　　　　　　　　Phone: (718) 971-9474
　　　　　　　　　　　　　　　　　　Email: Jonathan@ShalomlawNY.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*