UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHAMPAGNE ROOM BK, INC d/b/a ) <br> DRAFT BARN d/b/a END ZONE ) <br> SPORTS BAR & LOUNGE, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-cv-01125-NGG <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, of the Law Office of Victor M. Feraru is hereby entering an appearance as counsel of record for Champagne Room BK, Inc., in the above-captioned action.

Dated: July 23, 2021

Respectfully submitted,

LAW OFFICE OF VICTOR M. FERARU

By: s/Victor M. Feraru
    Victor M. Feraru, Esq. (*VMF 4072*)
200 Old Country Road
Suite 2 South
Mineola, New York 11501
Tel: 516-415-2114
Fax: 516-535-4090
Email: victor@vicslaw.com

*Attorneys for CHAMPAGNE ROOM BK, INC.*

1