September 15, 2021

**Via ECF**
The Honorable Nicholas G. Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    **Ortega v. Yeghoyan**, et al.
            21 cv 01125 (NGG-CLP)
            Reply in Opposition to Plaintiff's Request for Reconsideration of Pre-Motion Conference

Dear Judge Garaufis:

Defendants Champagne Room BK Inc. and Ruben Yeghoyan jointly oppose Plaintiff's request for reconsideration of scheduling of a Pre-Motion conference. Defendants jointly stand by their position that Plaintiff's complaint is deficient for a number of reasons which will be fully discussed at the Pre-Motion conference, and must be dismissed. Defendants intend to fully raise applicable points of law in support of Defendants' Motion to Dismiss at the Pre-Motion conference.

Plaintiff's characterization of Defendants being a part of a "circus," is completely unnecessary, and false. We apologize that the Court has been subjected to Plaintiff's counsel disparaging the defense of Defendants and abandoning civility in doing so.

We respectfully request that Plaintiff's request to cancel the pre-motion conference be disregarded as being in contravention of The Court's Individual Rules of Practice Rule (IV)(A)(2). There is no reason that the Pre-Motion conference should not proceed as scheduled on November 2, 2021. Said conference will allow the parties to discuss the issues anticipated to be raised in the joint motion to dismiss, avoiding unnecessary litigation and potentially resulting in judicial economy.

Thank you for your time and consideration of this request.

Respectfully Submitted,

| | |
|---|---|
| s/ Elena Fast | s/Victor M. Feraru |
| Elena Fast, Esq. | Victor M. Feraru |
| The Fast Law Firm, P.C. | Law Offices of Victor M. Feraru |
| 521 Fifth Avenue, 17 Floor | 1225 Franklin Avenue, Suite 325 |
| New York, NY 10175 | Garden City, NY 11530 |
| Phone: (212)729-6082 | Phone: (516)415-2114 |
| Email: elena@efastlaw.com | Email: victor@vicslaw.com |
| Counsel for Ruben Yeghoyan | Counsel for Champagne Room BK Inc. |

    cc:    All parties of record via ECF