November 23, 2021

**Via ECF**

The Honorable Nicholas G. Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                In re:   *Ortega v. Yeghoyan, et al.*
                         21-cv-01125 (NGG-CLP)
                         Letter Motion Requesting Leave to
                         File Motion for Partial Summary Judgment

Dear Hon. Judge Garaufis:

       My office represents corporate Defendant Champagne Room BK Inc.

       After speaking with Plaintiff's counsel today, Defendant Champagne Room BK Inc. consents to accept Plaintiff's third amended complaint filed into this instant matter as Doc. 35. Further, although the Defendant Champagne Room BK Inc's application (Doc. 37) was denied, to what extent it is necessary, Defendant Champagne Room BK Inc withdraws its application and request in its letter filed as Doc. 37, without prejudice.

                                               Respectfully Submitted,

                                               */s/ Victor M. Feraru*

                                               Victor M. Feraru, Esq.
                                               Attorney for Defendant
                                               Champagne Room BK Inc.
                                               1225 Franklin Avenue, Ste 325
                                               Garden City, NY 11530
                                               T: 516-415-2114
                                               E: victor@vicslaw.com