December 6, 2021

**<u>Via ECF</u>**
The Honorable Nicholas G. Garaufis
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    <u>Ortega v. Yeghoyan</u>, et al.
             21 cv 01125 (NGG-CLP)
             Request for Extension of Time to File Answer to Amended Complaint

Dear Judge Garaufis:

We represent Defendant Ruben Yeghoyan and Champagne Room Brooklyn Inc. in the above-captioned matter.

We are writing to respectfully request an extension of time from today to Friday, December 10, 2021 to file an answer to Plaintiff's amended complaint, filed on November 22, 2021. We have consulted Plaintiff's Counsel, Jonathan Shalom Esq., regarding this request and he does not object.

Thank you for your time and consideration of this request.


Respectfully Submitted,


| | |
|---|---|
| s/ Elena Fast | s/ Victor Feraru |
| Elena Fast, Esq. | Victor Feraru, Esq. |
| The Fast Law Firm, P.C. | Law Office of Victor M. Feraru |
| Counsel for Ruben Yeghoyan | Counsel for Champagne Room BK, Inc. |
| 521 Fifth Avenue, 17 Floor | 1225 Franklin Avenue, Suite 325 |
| New York, NY 10175 | Garden City, NY 11530 |
| Phone: (212)729-9494 | Phone: (516)415-2114 |
| Email: elena@efastlaw.com | Email: victor@vicslaw.com |


    cc:    All parties of record via ECF