UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILUMINADA ORTEGA,

                    Plaintiff,

          -against-                                **ORDER**
                                                      21 CV 1125 (HG) (CLP)
CHAMPION ROOM BK, INC. d/b/a
DRAFT BARN d/b/a END ZONE SPORTS
BAR & LOUNGE, *et al.*,

                    Defendants.
------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

        On May 3, 2023, plaintiff filed her Second Amended Complaint, which added Sarkis Avoyants as a defendant to the action and added wage and hour claims. (ECF No. 57). Thereafter, on May 31, 2023, the district court granted plaintiff leave to file another amended complaint to cure certain technical defects. Pursuant to the district court's order, plaintiff filed a Third Amended Complaint on June 5, 2023. (ECF No. 62).

        On June 9, 2023, the undersigned held a status conference, at which defendant Sarkis Avoyants, who is proceeding *pro se*, appeared along with counsel for plaintiff, counsel for defendant Ruben Yeghoyan, and counsel for defendant Champagne Room BK, Inc.

        The undersigned orders the following. Plaintiff is to provide defendant Avoyants with any discovery that plaintiff has already produced to the other defendants by June 16, 2023. In light of the recently filed Second and Third Amended Complaints, parties are to make any supplemental discovery requests within 30 days of the date of this Order; responses will be due 30 days thereafter. Finally, plaintiff's counsel is directed to serve the Third Amended Complaint on defendant Avoyants. Within 21 days of being served, defendant Avoyants must then file an

Answer with the Court, responding to the allegations in the Third Amended Complaint.

Defendant Avoyants must also serve a copy of his Answer on plaintiff's counsel.

The next status conference is scheduled for:

|  |  |
|---|---|
| DATE: | September 7, 2023 |
| TIME: | 11:15 am |
| LOCATION: | Conference will proceed via AT&T conference call. |
|  | Please dial 877-336-1839 at 11:15 am. |
|  | Enter access code: 380-1746 |
|  | and security code: 21-1125 |

The Clerk is directed to send copies of this Scheduling Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: June 12, 2023
       Brooklyn, New York

                                     /s/ Cheryl L. Pollak

                                     CHERYL L. POLLAK
                                     United States Magistrate Judge
                                     Eastern District of New York