# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*13835*

Index no : 1:21-cv-01125-HG-CLP

| | |
|---|---|
| Plaintiff(s): | ILUMINADA ORTEGA |
| | vs. |
| Defendant(s): | CHAMPAGNE ROOM BK, INC. d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, et al. |

State of NEW YORK - County of QUEENS    ss.:

**PEDRO J RODRIGUEZ**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **06/20/2023** at 7:15 PM, I served the within **SUMMONS IN A CIVIL ACTION and THIRD AMENDED COMPLAINT Jury Trial Demanded with the index#1:21-cv-01125-HG-CLP** endorsed thereon on **SARKIS AVOYANTS** at **233 Avenue W, Brooklyn, NY 11223** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Svetlana Safarian, GRANDMOTHER** of **SARKIS AVOYANTS**, a person of suitable age and discretion. Said premises is **SARKIS AVOYANTS**'s usual place of abode within the state.

On **06/24/2023**, deponent enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **233 Avenue W, Brooklyn, NY 11223** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Comments: **Grandmother, 2nd fl**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Red | 65-75 | 5ft4in-5ft8in | 131-160 lbs |
| Other Features: | | | | | |

I asked the person spoken to whether he/she **Defendant(s)** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on 06/26/2023

X _____
PEDRO J RODRIGUEZ
License#: 2024701
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
License#: 2037568-DCA

Notary Public,

ROBERT URENA
Notary Public, State of New York
Registration No. 01UR6181882
Qualified in Queens County
Commission Expires February 11, 2024

**SHALOM LAW PLLC**