**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
ILUMINADA ORTEGA,                    :
                                     :   Case No.: 1:21-cv-1125 (NGG) (CLP)
            Plaintiff,               :
                                     :   **PLAINTIFF'S REQUEST FOR**
     v.                              :   **CERTIFICATE OF DEFAULT**
                                     :   **AGAINST DEFENDANTS**
CHAMPAGNE ROOM BK, INC d/b/a DRAFT   :
BARN d/b/a END ZONE SPORTS BAR &     :   **JURY TRIAL DEMANDED**
LOUNGE, RUBEN YEGHOYAN, and SARKIS   :
AVOYANTS,                            :
                                     :
            Defendants.              :
------------------------------------- X

TO:   BRENNA B. MAHONEY
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant SARKIS AVOYANTS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: Forest Hills, New York
       July 23, 2023                       Respectfully submitted,

                                           **SHALOM LAW, PLLC**

                                           _____/s/_____
                                           Jonathan Shalom, Esq.
                                           10513 Metropolitan Avenue
                                           Forest Hills, NY 11375-6737
                                           (718) 971-9474 (office)
                                           (718) 865-0943 (facsimile)
                                           jonathan@shalomlawny.com

                                           *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ILUMINADA ORTEGA,

                Plaintiff,

        v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:21-cv-1125 (NGG) (CLP)

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SARKIS AVOYANTS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARKIS AVOYANTS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          _____, 2023

                                                              **BRENNA B. MAHONEY**
                                                              Clerk of the Court

                                                     By: _____
                                                          Deputy Clerk