**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------- x
ILUMINADA ORTEGA,

                Plaintiff,

                v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                Defendants.
---------------------------------- X

Case No.: 1:21-cv-1125 (NGG) (CLP)

**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANTS**

**JURY TRIAL DEMANDED**

TO:    BRENNA B. MAHONEY
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant SARKIS AVOYANTS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: Forest Hills, New York
         August 20, 2023

Respectfully submitted,

**SHALOM LAW, PLLC**

      /s/
Jonathan Shalom, Esq.
10513 Metropolitan Avenue
Forest Hills, NY 11375-6737
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
jonathan@shalomlawny.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
ILUMINADA ORTEGA,                    :
                                     :  Case No.: 1:21-cv-1125 (NGG) (CLP)
          Plaintiff,            :
                                     :  **CERTIFICATE OF DEFAULT**
    v.                             :
                                     :
CHAMPAGNE ROOM BK, INC d/b/a DRAFT   :
BARN d/b/a END ZONE SPORTS BAR &     :
LOUNGE, RUBEN YEGHOYAN, and SARKIS   :
AVOYANTS,                            :
                                     :
          Defendants.           :
------------------------------------- X

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SARKIS AVOYANTS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARKIS AVOYANTS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

    _____, 2023

                                            **BRENNA B. MAHONEY**
                                            Clerk of the Court

                                  By: _____
                                            Deputy Clerk