**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
ILUMINADA ORTEGA,

                Plaintiff,

       v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                Defendants.
------------------------------------- X

Case No.: 1:21-cv-1125 (HG) (CLP)

**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SARKIS AVOYANTS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARKIS AVOYANTS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

      August 23, 2023

                                            **BRENNA B. MAHONEY**
                                            Clerk of the Court

                                  By: _Jalitza Poveda_____
                                           Deputy Clerk