UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
ILUMINADA ORTEGA,                     :
                                      :
            Plaintiff,                :
                                      :   Case No.: 1:21-cv-1125 (NGG) (CLP)
      v.                              :
                                      :   **AFFIDAVIT OF SERVICE**
CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN :
d/b/a END ZONE SPORTS BAR & LOUNGE,   :
RUBEN YEGHOYAN, and SARKIS AVOYANTS,  :
                                      :
            Defendants.               :
                                      :
------------------------------------- X

State of New York    )
                     )  ss.
County of Queens     )

JONATHAN SHALOM, being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over twenty-one years of age and resides in Queens County, New York.

2. On August 25, 2023, deponent mailed a copy of the executed Certificate of Default and Court Order dated 8/25/2023 via email (smngmtgroup@gmail.com) to Sarkis Avoyants and first-class mail, to:

SARKIS AVOYANTS
233 AVENUE W
BROOKLYN, NY 11223

by depositing true copies thereof in post-paid wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

Sworn to before me this
25th day of August, 2023

_____
Notary Public