UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X

ILUMINADA ORTEGA,

           Plaintiff,

    v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT
BARN d/b/a END ZONE SPORTS BAR &
LOUNGE, RUBEN YEGHOYAN, and SARKIS
AVOYANTS,

           Defendants.

------------------------------------- X

Case No.: 1:21-cv-1125 (NGG) (CLP)

**DECLARATION IN SUPPORT OF
MOTION TO COMPEL DNA
SAMPLE OF DEFENDANT
RUBEN YEGHOYAN**

    **ILLUMINADA ORTEGA**, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the Plaintiff in this case, and I have personal knowledge of the facts set forth below.

2. I submit this affidavit in support of my motion for an Order compelling Defendant Ruben Yeghoyan ("Yeghoyan") to submit a DNA sample.

3. I was employed as a hostess, waitress, and bartender by Champagne Room BK, Inc d/b/a Draft Barn d/b/a End Zone Sports Bar & Lounge (hereinafter the "Corporate Defendant" or "End Zone"), Ruben Yeghoyan (hereinafter "Yeghoyan"), and Sarkis Avoyants (hereinafter "Avoyants") (End Zone, Yeghoyan, and Avoyants collectively hereinafter the "Defendants").

4. On September 27, 2020, Yeghoyan forcibly raped me after getting me drunk and taking me to the roof top on End Zone.

5. Because Yeghoyan made me intoxicated, I was incapable of giving consent.

6. Even if I was capable of doing so, I would not have consented to any sexual intercourse with Yeghoyan.

7. After Yeghoyan finished, his used condom remained stuck between my legs and I took it.

8. I placed the condom in a bag and have kept it at home in my residence in Brooklyn.

9. It is my understanding that Yeghoyan denies that he ever engaged in any sexual intercourse with me.

10. A DNA sample from Yeghoyan is necessary to test it against the DNA in the used condom which I have in my possession.

11. I have not tampered with the condom since placing it in the bag nor have I seen or encountered Yeghoyan since I was unlawfully terminated by him.

12. Because I am unable to pay for the lab test, I am asking that this Court Order Defendants to do so upon requiring Yeghoyan to submit a DNA sample.

13. I thank this Court for its time and attention to my case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2023.

*Iluminada Ortega*
ILUMINADA ORTEGA