9/6/23, 4:04 PM																	Live Database: nyeb_live

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/06/2023 at 4:03 PM and filed on 09/06/2023.

**Champagne Room Bk Inc**
20 Dooley St
Brooklyn, NY 11235
Tax ID / EIN:

The case was filed by the debtor's attorney:

**Victor M. Feraru**
Law Office of
1225 Franklin Avenue
Suite 325
Garden City, NY 11530
516-415-2114

The case was assigned case number 1-23-43187.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Robert A. Gavin, Jr.
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2023 16:03:34 | | | |
| **PACER Login:** | Vferaru1908 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-23-43187 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |