# LAW OFFICE OF VICTOR FERARU
*Attorneys at Law*

1225 Franklin Avenue
Suite 325
Garden City, New York 11530
**PHONE: (516) 699-2285** • **EMAIL:**
victor@vicslaw.com

September 6, 2023

Magistrate Judge Cheryl Pollak
U.S. District Court Eastern District of New York

Re:             Notice of Bankrupcy Filing
                *Ortega v. Yagudaev et al*

Dear Hon. Court:

    This office represents the corporate Defendant Champagne Room Bk Inc in this instant action.

    This office *just* uploaded the Notice of Bankruptcy filing and furnished my co-counsel, and adversary with this notice.

    I have reviewed her honor's individual rules concerning filing of motions; however, it was not clear whether her honor would require a conference, or a motion, staying discovery as to the corporate defendant in this matter. I believe the automatic stay would preclude any further advancement of this case as against Champagne Room Bk Inc. To what extent a motion is not necessary—I respectfully request this letter be considered a request for a conference on this matter as again, I believe the bankruptcy filed automatically stays this proceeding against the corporate defendant. I would never take the place of the Court's interpretation of bankruptcy stays.

    Due to health-related issues I had to withdraw the first application for bankruptcy, and have just today refiled.

Very truly yours,

*[signature]*
Victor M. Feraru, Esq.