

# The Fast Law Firm, P.C.

521 Fifth Avenue 17 Floor | New York, NY 10175 | Phone: (212)729-9494

December 15, 2023

**Via ECF**

Hon. Magistrate Judge Cheryl L. Pollak
U.S. District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:     **Ortega v. Yeghoyan et al**, 21-cv-01125 (HG)(CLP)
        Request for 60-Day Adjournment of Conference Scheduled for 12/19/23

Dear Judge Pollak:

My firm represents Ruben Yeghoyan on the above-captioned matter. I submit this letter requesting a 60-day adjournment of the conference scheduled for December 19, 2023.

The parties are in the process of finalizing an amicable resolution to settle the claims and defenses in the litigation. I have consulted with Plaintiff's counsel and they consent to the adjournment.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
The Fast Law Firm, P.C.
Counsel for Ruben Yeghoyan
Phone: (212)729-6082
Email: elena@efastlaw.com

 cc:    *All parties of record via ECF*

1