UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ILUMINADA ORTEGA,

                Plaintiff,

       -against-                              **ORDER**
                                                  21 CV 1125 (HG) (CLP)

DIMITRI YAGUDAEV, *et al.*,

                Defendants.
------------------------------------------------------------ X

**POLLAK**, United States Magistrate Judge:

      Counsel for defendant CHAMPAGNE ROOM BK, INC. in the above-referenced case filed a Motion to Withdraw as Attorney on November 10, 2023, based on a breakdown of the attorney-client relationship. Defendant was given until December 15, 2023 to file any objections to the motion. Since no objections have been filed, counsel's motion to withdraw is granted and defendant has until January 22, 2024 to find new counsel. The defendant will need to retain new counsel or risk default, as corporations are not allowed to proceed *pro se*. See La Barbera v. Federal Metal & Glass Corp., 666 F. Supp. 2d 341, 348 (E.D.N.Y. 2009) (holding that "a failure to obtain counsel constitutes a failure to defend because corporations cannot proceed in federal court pro se") (citing Shapiro, Bernstein & Co. v. Continental Record Co., 386 F.2d 426, 427 (2d Cir. 1967) (per curiam) and Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983)).

      Defendant's former counsel is directed to file proof of service of this Order on defendant by December 21, 2023.

      **SO ORDERED.**

Dated: Brooklyn, New York
       December 19, 2023         /s/ Cheryl L. Pollak
                                         Cheryl L. Pollak
                                         United States Magistrate Judge
                                         Eastern District of New York