Law Office of Victor M. Feraru<br>
1225 Franklin Avenue<br>
Suite 325<br>
Garden City, New York 11530<br>
victor@vicslaw.com<br>
516-699-2285

**Via ECF**

December 19, 2023

Magistrate Judge Cheryl L. Pollak<br>
U.S. District Judge<br>
Eastern District of New York<br>
225 Cadman Plaza East<br>
Brooklyn, New York 11201

        In re:   *Ortega v. Yagudaev et al*
              Case No.: *1:21-cv-01125-HG-CLP*

Dear Magistrate Judge Cheryl L. Pollak:

    This is the outgoing attorney for corporate Defendant Champagne Room BK Inc.

    Pursuant to this Court's order, on December 19, 2023, I emailed a copy of the text order to the corporate defendant, who acknowledged receipt of the same.

        Respectfully submitted,

        <u>/s/ Victor M. Feraru/s/</u><br>
        Victor M. Feraru, Esq.<br>
        1225 Franklin Avenue<br>
        Suite 325<br>
        Garden City, NY 11530<br>
        T: 516-699-2285<br>
        E: victor@vicslaw.com