# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA,<br><br>                Plaintiff,<br>     v.<br><br>CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE; RUBEN YEGHOYAN, and SARKIS AVOYANTS.<br><br>                Defendants. | 21-cv-01125 (HG-CLP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff, ILUMINADA ORTEGA, by and through her undersigned attorney, and Defendant RUBEN YEGHOYAN and Corporate Defendant CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE by and through their undersigned attorney, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety with prejudice.

By: */s/ Jonathan Shalom*  
Jonathan Shalom, Esq.  
Shalom Law PLLC  
105-13 Metropolitan Avenue  
Forest Hills, NY 11375  
Tel: (718)971-9474  
jonathan@shalomlawny.com  
*Attorney for Plaintiff*

By: */s/ Elena Fast*  
Elena Fast, Esq.  
The Fast Law Firm, P.C.  
521 Fifth Avenue, 17 Floor  
New York, NY 10175  
Tel: (212)729-9494  
elena@fastlawpc.com  
*Attorney for Defendant*

Dated: December 28, 2023

Dated: December 28, 2023