**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

ILUMINADA ORTEGA,

                         Plaintiff,

       v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT
BARN d/b/a END ZONE SPORTS BAR &
LOUNGE; RUBEN YEGHOYAN, and SARKIS
AVOYANTS.


                       Defendants.

21-cv-01125 (HG-CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE**
**OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff, ILUMINADA ORTEGA, by and through her undersigned attorney, and

Defendant RUBEN YEGHOYAN and Corporate Defendant CHAMPAGNE ROOM BK, INC

d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE by and through their

undersigned attorney, hereby stipulate that  pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety with

prejudice.

Counsel for Defendant YEGHOYAN negotiated the settlement on behalf of Defendant

YEGHOYAN to include the corporate Defendant, CHAMPAGNE ROOM BK, INC d/b/a

DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE.


**[SIGNATURE PAGE TO FOLLOW]**

By: /s/ Jonathan Shalom
Jonathan Shalom, Esq.
Shalom Law PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel: (718)971-9474
jonathan@shalomlawny.com
*Attorney for Plaintiff*


Dated: December 28, 2023


By: /s/ Ruben Yeghoyan
Ruben Yeghoyan
Sole Shareholder/Owner
On behalf of CHAMPAGNE ROOM
BK, INC d/b/a DRAFT BARN d/b/a
END ZONE SPORTS BAR &
LOUNGE


Dated: December 28, 2023

By: /s/ Elena Fast
Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
Tel: (212)729-9494
elena@fastlawpc.com
*Attorney for Defendant*
*Ruben Yeghoyan*


Dated: December 28, 2023

1