UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ILUMINADA ORTEGA,

                Plaintiff,

      -against-                            **ORDER**
                                                21 CV 1125 (HG) (CLP)

DIMITRI YAGUDAEV, *et al.*,

                Defendants.
------------------------------------------------------------ X

**POLLAK**, United States Magistrate Judge:

        On March 2, 2021, plaintiff Iluminada Ortega commenced this action against Champagne Room BK, Inc d/b/a Draft Barn d/b/a End Zone Sports Bar & Lounge; Brooklyn Draft and Grill Inc d/b/a Draft Barn d/b/a End Zone Sports Bar & Lounge; Elite Holdings and Management, Inc d/b/a Adrenaline Bar & Lounge d/b/a Draft Brn d/b/a End Zone Sports Bar & Lounge; Ruben Yeghoyan; Yevgeniy Trofimchuk; and Dimitri Yagudaev, alleging violations of Title VII, the New York State Human Rights Law, and the New York City Human Rights Law.  (ECF No. 1). Plaintiff's Second Amended Complaint added defendant Sarkis Avoyants ("Avoyants") as a defendant.  (ECF No. 57).  A Third Amended Complaint was filed on June 5, 2023, curing a technical defect of the Second Amended Complaint.  (ECF No. 62; <u>see also</u> Order dated 5/31/2023).

        Defendant Avoyants was served on June 24, 2023, and an answer was due July 17, 2023. (ECF No. 64).  Avoyants failed to answer and accordingly, on August 20, 2023, plaintiff requested a Certificate of Default to be entered against Avoyants.  (ECF No. 68).  On August 23, 2023, the Clerk of Court entered default as to defendant Avoyants.  (ECF No. 69).

        On November 6, 2023, plaintiff moved for default judgment.  (ECF No. 76).  The same day, the Honorable Hector Gonzalez referred the Motion for Default Judgment to the undersigned for a Report and Recommendation.  (Order dated 11/06/2023).  On January 8, 2024,

the District Court Ordered a Stipulation of Dismissal which dismissed all other remaining defendants from the case.  (Order dated 1/08/2024).

Defendant Avoyants is directed to submit any papers in response to plaintiff's motion for default judgment on or before April 15, 2024.  An inquest hearing will be held before this Court on April 25, 2024, at 10:45 a.m. via Zoom. The link for the hearing is as follows: https://nyed.zoomgov.com/j/1604892925?pwd=aUpERVB4aE9NV2VUeUxXL1JpRGlNUT09. The Meeting ID is 160 489 2925 and the Password is 623900.

Plaintiff is directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendant Avoyants, and to provide the Court with copies of the return receipts.

**SO ORDERED.**

Dated: Brooklyn, New York
       March 25, 2024

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York