**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Brooklyn NY 11223

| Certified Mail Fee | $4.40 | 0024 |
| $ | | 11 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$ $0.68

Total Postage and Fees
$ $5.08

03/25/2024

Sent To  Sarkis Avoyants

Street and Apt. No., or PO Box No.  235 Avenue W

City, State, ZIP+4  Brooklyn, NY 11223

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions