UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ILUMINADA ORTEGA,

                                  Plaintiff,

      -against-

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN
d/b/a END ZONE SPORTS BAR & LOUNGE,
RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                                 Defendants.
-------------------------------------------------------------------X

Case No.: 1:21-cv-1125 (NGG) (CLP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as additional counsel for the Plaintiff Iluminada Ortega in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       April 24, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Additional Attorneys for Plaintiff*
*Iluminada Ortega*

**VIA ECF**
All counsel of record