# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

July 10, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

   *Re*: **Ortega v. Champagne Room BK, Inc.,** *et al.*
     <u>**Case No.: 1:21-cv-1125 (NGG) (CLP)**</u>

Dear Judge Pollak:

  This office represents the Plaintiff Iluminada Ortega (hereinafter the "Plaintiff") in the above referenced case. Plaintiff writes to respectfully withdraw her motion for a default judgment against Defendant Sarkis Avoyants ("Avoyants") without prejudice to renew based on the mistake identified therein and as set forth in this Court's April 30, 2024 Order. <u>See</u> ECF Docket Entry <u>87</u>. This Court has discretion to grant such motions to withdraw. <u>See</u> <u>Jackson Natl. Life Ins. Co. v. Saccone</u>, No. 2:23-CIV.-6138 (NJC) (LGD, 2024 WL 456825, at *2 (E.D.N.Y. Feb. 6, 2024) ("On December 11, 2023, Jackson moved to withdraw its request for a pre-motion conference. (ECF No. 15). The Court granted the motion to withdraw …").

  At the appropriate time, assuming Avoyants remains in default, Plaintiff will refile a corrected motion for default judgment. Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    July 10, 2024

                   Respectfully submitted,
                   **SAGE LEGAL LLC**
                   <u>*/s/ Emanuel Kataev, Esq.*</u>
                   Emanuel Kataev, Esq.
                   18211 Jamaica Avenue
                   Jamaica, NY 11423-2327
                   (718) 412-2421 (office)
                   (917) 807-7819 (cellular)
                   (718) 489-4155 (facsimile)
                   emanuel@sagelegal.nyc

                   *Attorneys for Plaintiff*
                   *Ortega Illuminada*

**<u>VIA FIRST CLASS MAIL</u>**
Sarkis Avoyants
233 Avenue W                **<u>VIA ECF</u>**
Brooklyn, NY 11223             All counsel of record