# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Brooklyn, NY 11235

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0024 |
| $ | $0.00 | 9 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.73 | |
| $ | | 08/08/2024 |
| Total Postage and Fees | | |
| $ | $5.58 | |

PARKSIDE NY 11375 — 8 2024 — USPS

Sent To
Champagne Room Blk Inc
Street and Apt. No., or PO Box No.
28 Dooley Street
City, State, ZIP+4®
Brooklyn, NY 11235

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions