

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Albany, NY 12210

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0024 |
| $ | $0.00 | 9 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $0.73

Total Postage and Fees $5.58

08/08/2024

Sent To: Secretary of State
Street and Apt. No., or PO Box No.: 94 Washington Avenue
City, State, ZIP+4®: Albany, NY 12210

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions