UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..............................................................................

ILUMINADA ORTEGA

        -v-

**NOTICE OF APPEARANCE**

21 cv 01125 (NGG)(CLP)

CHAMPAGNE ROOM BK, et al

        Defendants

..............................................................................

To the Clerk of this Court and All Parties of Record:

Please enter the appearance of Elena Fast, Esq., and The Fast Law Firm P.C. as counsel in this case for the Corporate Defendant CHAMPAGNE ROOM BK, INC.   I certify that I am admitted to practice in this Court.


Dated:        September 16, 2024
                New York, NY


s/ Elena Fast
Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, NY 10175
Phone: (212)729-9494
Email: elena@fastlawpc.com