# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 21, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

    *Re:*    **Ortega v. Champagne Room BK, Inc.,** *et al.*
           **Case No.: 1:21-cv-1125 (NGG) (CLP)**

Dear Judge Pollak:

    This office represents the Plaintiff Iluminada Ortega (hereinafter the "Plaintiff") in the above referenced case. Plaintiff writes to respectfully request an extension of time of two (2) weeks to file an amended complaint and the motion for settlement approval, thereby extending the deadline to December 5, 2024. Plaintiff sought Defendants' consent but Defendants have not provided their position. We submit that the Court should exercise its discretion in favor of granting the requested extension due to your undersigned's engagement before the Hon. Nina R. Morrison, U.S.D.J. for an evidentiary hearing in the case <u>Paccha v. APS Electric Inc.</u>, No.: 1:23-cv-2075 (NRM) (MMH) earlier today which took substantial time to prepare for and prevented your undersigned from earlier meeting the instant deadline. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

    Plaintiff thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
        November 21, 2024

                                                    Respectfully submitted,
                                                    **SAGE LEGAL LLC**
                                                    <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                    Emanuel Kataev, Esq.
                                                    18211 Jamaica Avenue
                                                    Jamaica, NY 11423-2327
                                                    (718) 412-2421 (office)
                                                    (917) 807-7819 (cellular)
                                                    (718) 489-4155 (facsimile)
                                                    emanuel@sagelegal.nyc

                                                   *Attorneys for Plaintiff*
                                                   *Ortega Illuminada*

**VIA ECF**
All counsel of record