# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

November 28, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

>    *Re:*   **Ortega v. Champagne Room BK, Inc.,** *et al.*
>          **Case No.: 1:21-cv-1125 (NGG) (CLP)**

Dear Judge Pollak:

    This office represents the Plaintiff Iluminada Ortega (hereinafter the "Plaintiff") in the above referenced case. Plaintiff writes pursuant to this Court's Orders to renew the parties' joint letter motion for settlement approval.

    On September 16, 2024, Elena Fast, Esq. counsel for Defendant Ruben Yeghoyan, filed a notice of appearance on behalf of Defendant Champagne Room BK, Inc. d/b/a Draft Barn d/b/a End Zone Sports Bar & Lounge the Corporate Defendant. <u>See</u> ECF Docket Entry 96. For the reasons set forth in Plaintiff's correspondence dated October 22, 2024, Plaintiff respectfully requests that the stay against the Corporate Defendant be lifted as the bankruptcy case has been dismissed. <u>See</u> ECF Docket Entry 97.

    The parties have agreed to amend the settlement agreement to eliminate the confidentiality provision covering the FLSA claims, specifically Plaintiff's claims regarding wages, hours, and related notices and records. Plaintiff attaches the revised agreement here, and will submit a fully executed agreement in short order. The parties therefore respectfully renew their joint letter motion for approval of the settlement agreement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), <u>cert.</u> <u>denied</u>, 136 S. Ct. 824 (2016) for reasons stated in their original joint letter motion. <u>See</u> ECF Docket Entry 90.

    Plaintiff sought to file this letter jointly with Defendants, but their counsel was unable to substantively review due to the holiday. To the extent Defendant seek to clarify their position on the foregoing, they should be given an opportunity to do so.

    Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       November 28, 2024

Respectfully submitted,

**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff
Ortega Illuminada*

Enclosure.

**VIA ECF**
All counsel of record

2