Shalom Law

Ortega v. Yagudayev; Case No.: 1:21-cv-1125 (HG) (CLP)

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 2/25/2021 | Draft complaint | 0.6 | $ 300.00 | $ 180.00 |
| 2/26/2021 | Draft complaint | 0.4 | $ 300.00 | $ 120.00 |
| 2/28/2021 | Draft complaint | 0.5 | $ 300.00 | $ 150.00 |
| 3/30/2021 | Calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 3/30/2021 | Review Defendants pleadings, strategy for response | 0.5 | $ 300.00 | $ 150.00 |
| 3/31/2021 | Draft Rule 11 safe harbor notice; correspondence with opposing counsel | 1.2 | $ 300.00 | $ 360.00 |
| 4/2/2021 | Calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 4/5/2021 | Calendar conference | 0.1 | $ 300.00 | $ 30.00 |
| 4/8/2021 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 4/14/2021 | Review calendared deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 4/16/2021 | Review notice of voluntary dismissal | 0.1 | $ 300.00 | $ 30.00 |
| 4/20/2021 | Review Order dismissing parties | 0.1 | $ 300.00 | $ 30.00 |
| 4/25/2021 | Strategize regarding case | 0.2 | $ 300.00 | $ 60.00 |
| 6/1/2021 | Correspondence with counsel for Trofimchuck | 0.1 | $ 300.00 | $ 30.00 |
| 6/10/2021 | Correspondence with counsel for Trofimchuck | 0.1 | $ 300.00 | $ 30.00 |
| 6/16/2021 | Prepare scheduling Order; correspondence with opposing counsel | 0.5 | $ 300.00 | $ 150.00 |
| 6/17/2021 | Correspondence with counsel for Trofimchuck | 0.1 | $ 300.00 | $ 30.00 |
| 6/21/2021 | Correspondence with opposing counsel regarding scheduling Order | 0.1 | $ 300.00 | $ 30.00 |
| 6/22/2021 | Calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 6/23/2021 | Conduct initial conference; calendar deadlines; prepare discovery | 0.5 | $ 300.00 | $ 150.00 |
| 6/24/2021 | Calendar conference | 0.1 | $ 300.00 | $ 30.00 |
| 6/30/2021 | Calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 7/7/2021 | Prepare and file notice of voluntary dismissal; calendar deadlines | 0.3 | $ 300.00 | $ 90.00 |
| 7/13/2021 | Draft initial disclosures; correspondence with opposing counsel | 0.4 | $ 300.00 | $ 120.00 |
| 7/29/2021 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 8/5/2021 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 8/6/2021 | Draft discovery demands | 0.9 | $ 300.00 | $ 270.00 |
| 8/7/2021 | Draft responses to discovery demands | 1.6 | $ 300.00 | $ 480.00 |
| 8/7/2021 | Review calendared deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 8/9/2021 | Review calendared deadlines; correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 8/25/2021 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 8/26/2021 | Correspondence with client | 0.2 | $ 300.00 | $ 60.00 |
| 8/27/2021 | Correspondence with client | 0.2 | $ 300.00 | $ 60.00 |
| 8/29/2021 | Correspondence with client | 0.1 | $ 300.00 | $ 30.00 |
| 8/31/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 9/1/2021 | Attention to discovery | 0.2 | $ 300.00 | $ 60.00 |
| 9/2/2021 | Attention to discovery | 0.3 | $ 300.00 | $ 90.00 |
| 9/6/2021 | Attention to discovery | 0.5 | $ 300.00 | $ 150.00 |
| 9/8/2021 | Review USDJ Order regarding Defendants' pre-motion application | 0.1 | $ 300.00 | $ 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2021 | Review pre-motion application | 0.2 | $ 300.00 | $ | 60.00 |
| 9/10/2021 | Review Order adjourning status conference; correspondence with counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 9/13/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 9/14/2021 | Calendar conference | 0.1 | $ 300.00 | $ | 30.00 |
| 9/15/2021 | Draft letter response to pre-motion application; file same | 0.8 | $ 300.00 | $ | 240.00 |
| 9/17/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 9/27/2021 | Attention to discovery | 0.3 | $ 300.00 | $ | 90.00 |
| 9/29/2021 | Attention to discovery | 0.4 | $ 300.00 | $ | 120.00 |
| 10/4/2021 | Attention to discovery | 0.2 | $ 300.00 | $ | 60.00 |
| 10/7/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 10/13/2021 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 10/21/2021 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 10/26/2021 | Calendar conference | 0.1 | $ 300.00 | $ | 30.00 |
| 10/31/2021 | Draft letter mtoion fo rextension of time to complete discovery | 0.3 | $ 300.00 | $ | 90.00 |
| 11/1/2024 | Calendar deadlines | 0.1 | $ 300.00 | $ | 30.00 |
| 11/2/2021 | Attend pre-motion conference | 0.4 | $ 300.00 | $ | 120.00 |
| 11/3/2021 | Calendar deadlines | 0.1 | $ 300.00 | $ | 30.00 |
| 11/9/2021 | Draft amended complaint | 0.3 | $ 300.00 | $ | 90.00 |
| 11/14/2021 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 11/15/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 11/16/2021 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 11/22/2021 | Review, revise, and finalize amended complaint; calendar deadlines | 1.4 | $ 300.00 | $ | 420.00 |
| 11/23/2021 | Draft and file motion for leave to correct; review Order | 0.3 | $ 300.00 | $ | 90.00 |
| 12/5/2021 | Calendar deadline; correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 12/7/2021 | Review Defendants letter motion for extension of time | 0.1 | $ 300.00 | $ | 30.00 |
| 12/8/2021 | Review Court Order granting Defendants' letter motion | 0.1 | $ 300.00 | $ | 30.00 |
| 12/10/2021 | Review answer filed by Defendants | 0.2 | $ 300.00 | $ | 60.00 |
| 12/23/2021 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 12/27/2021 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 1/10/2022 | Draft discovery demands | 0.8 | $ 300.00 | $ | 240.00 |
| 1/14/2022 | Revise discovery demands | 0.5 | $ 300.00 | $ | 150.00 |
| 1/16/2022 | Calendar deadlines | 0.1 | $ 300.00 | $ | 30.00 |
| 1/17/2022 | Draft discovery demands; correspondence with opposing counsel | 0.5 | $ 300.00 | $ | 150.00 |
| 1/19/2022 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 1/20/2022 | Calendar deadline; correspondence with client regarding discovery | 0.1 | $ 300.00 | $ | 30.00 |
| 1/27/2022 | Correspondence with client regarding discovery | 0.1 | $ 300.00 | $ | 30.00 |
| 1/31/2022 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 2/3/2022 | Correspondence with client regarding discovery | 0.1 | $ 300.00 | $ | 30.00 |
| 2/7/2022 | Correspondence with opposing counsel | 0.2 | $ 300.00 | $ | 60.00 |
| 2/10/2022 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 2/11/2022 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 2/15/2022 | Correspondence with client regarding discovery | 0.1 | $ 300.00 | $ | 30.00 |
| 2/17/2022 | Calendar deadline | 0.1 | $ 300.00 | $ | 30.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/18/2022 | Calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 2/21/2022 | Attention to discovery | 0.2 | $ 300.00 | $ 60.00 |
| 2/22/2022 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 3/2/2022 | Review calendared conference and prepare for same | 0.3 | $ 300.00 | $ 90.00 |
| 3/3/2022 | Review Order modifying conference | 0.1 | $ 300.00 | $ 30.00 |
| 3/7/2022 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 3/8/2022 | Review calendared conference and prepare for same | 0.2 | $ 300.00 | $ 60.00 |
| 3/9/2022 | Draft mediation statement; attend status conference | 1.2 | $ 300.00 | $ 360.00 |
| 3/10/2022 | Review letter from opposing counsel regarding mediation | 0.1 | $ 300.00 | $ 30.00 |
| 3/15/2022 | Calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 3/14/2022 | Review ECF bounce regarding status conference | 0.1 | $ 300.00 | $ 30.00 |
| 3/20/2022 | Correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 3/21/2022 | Calendar deadline; correspondence with opposing counsel | 0.1 | $ 300.00 | $ 30.00 |
| 3/26/2022 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 4/4/2022 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 4/5/2022 | Review ECF bounce regarding bankruptcy | 0.1 | $ 300.00 | $ 30.00 |
| 4/6/2022 | Draft joint status report; conduct research regarding bankruptcy | 1.1 | $ 300.00 | $ 330.00 |
| 4/8/2022 | File status report; review ECF bounce from Court with status conference | 0.1 | $ 300.00 | $ 30.00 |
| 4/11/2022 | Correspondence with client regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 4/12/2022 | Correspondence with client regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 4/17/2022 | Conference with client regarding discovery; draft responses to discovery | 1.5 | $ 300.00 | $ 450.00 |
| 4/18/2022 | Correspondence with client regarding discovery; draft deficiency letter | 0.8 | $ 300.00 | $ 240.00 |
| 4/19/2022 | Correspondence with opposing counsel regarding discovery; calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 4/22/2022 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 4/29/2022 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 5/5/2022 | Review calendared conference and prepare for same | 0.2 | $ 300.00 | $ 60.00 |
| 5/18/2022 | Correspondence with client regarding discovery; draft supplemental deficiency letter; draft motion for leave to amend and amended complaint | 2.2 | $ 300.00 | $ 660.00 |
| 5/20/2022 | File letter motion for leave to amend with second amended complaint; review ECF bounce adjourning status conference; calendar deadlines | 0.2 | $ 300.00 | $ 60.00 |
| 5/25/2022 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 6/2/2022 | Review ECF bounce with USDJ reassignment | 0.1 | $ 300.00 | $ 30.00 |
| 6/3/2022 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 6/8/2022 | Review discovery | 0.2 | $ 300.00 | $ 60.00 |
| 6/10/2022 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 6/14/2022 | Review opposing counsel's response in opposition to motion for leave to amend pleadings | 0.2 | $ 300.00 | $ 60.00 |
| 6/17/2022 | Draft reply letter in further support of letter motion for leave to amend pleadings; correspondence weith client regarding case | 1.2 | $ 300.00 | $ 360.00 |
| 8/19/2022 | Review ECF bounce from Court with USMJ Order regarding motion for leave to amend pleadings; calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 8/30/2022 | Conference with opposing counsel regarding settlement | 0.5 | $ 300.00 | $ 150.00 |
| 9/2/2022 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 9/4/2022 | Prepare motion for leave to amend | 0.5 | $ 300.00 | $ 150.00 |
| 9/7/2022 | Continue drafting motion for leave to amend | 0.5 | $ 300.00 | $ 150.00 |
| 9/9/2022 | Finalize and file motion for leave to amend | 1.1 | $ 300.00 | $ 330.00 |
| 10/1/2022 | Review ECF bounce from opposing counsel with opposition papers | 0.3 | $ 300.00 | $ 90.00 |
| 10/7/2022 | Draft reply memorandum of law in further support of motion for leave to amend | 1.2 | $ 300.00 | $ 360.00 |

| | | | | |
|---|---|---|---|---|
| 5/1/2023 | Review ECF bounce from Court with USMJ Order granting motion for leave to amend pleadings; calendar deadline | 0.5 | $ 300.00 | $ 150.00 |
| 5/4/2023 | File second amended complaint; prepare and file summons for Avoyants | 0.3 | $ 300.00 | $ 90.00 |
| 5/16/2023 | Calendar deadline; file proof of service on Avoyants | 0.1 | $ 300.00 | $ 30.00 |
| 5/24/2023 | Correspondence with opposing counsel; review ECF bounce from opposing counsel with request for pre-motion conference; calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 5/29/2023 | Draft letter response in opposition to pre-motion conference request | 0.7 | $ 300.00 | $ 210.00 |
| 5/30/2023 | File letter response in opposition to pre-motion conference request | 0.1 | $ 300.00 | $ 30.00 |
| 5/31/2023 | Review ECF bounce from Court with USMJ Order regarding third amended complaint; calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 6/2/2023 | Review calendared conference and prepare for same | 0.2 | $ 300.00 | $ 60.00 |
| 6/5/2023 | Prepare and file third amended complaint | 0.5 | $ 300.00 | $ 150.00 |
| 6/9/2023 | Conduct status conference | 0.5 | $ 300.00 | $ 150.00 |
| 6/11/2023 | Review discovery; correspondence with process server | 0.5 | $ 300.00 | $ 150.00 |
| 6/12/2023 | Review USMJ Order; calendar deadlines | 0.1 | $ 300.00 | $ 30.00 |
| 6/18/2023 | Correspondence with Avoyants regarding discovery; calendar deadline | 0.1 | $ 300.00 | $ 30.00 |
| 6/19/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 6/26/2023 | Correspondence with process server; calendar deadline; file proof of service | 0.2 | $ 300.00 | $ 60.00 |
| 6/28/2023 | Review answer filed by Defendants | 0.1 | $ 300.00 | $ 30.00 |
| 7/10/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 7/11/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 7/12/2023 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 7/13/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 7/20/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ 30.00 |
| 7/23/2023 | Draft and file request for certificate of default; correspondence with opposing counsel regarding discovery; draft discovery responses | 0.8 | $ 300.00 | $ 240.00 |
| 7/25/2023 | Review ECF bounce from Clerk with denial of request for certificate of default | 0.1 | $ 300.00 | $ 30.00 |
| 7/29/2023 | Review answer filed by Defendants | 0.1 | $ 300.00 | $ 30.00 |
| 8/1/2023 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 8/3/2023 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 8/6/2023 | Draft affidavit in support of request for certificate of default; correspondence with client regarding same | 0.8 | $ 300.00 | $ 240.00 |
| 8/7/2023 | Correspondence with opposing counsel regarding conference | 0.1 | $ 300.00 | $ 30.00 |
| 8/8/2023 | Conference with opposing counsel regarding case; correspondence with client regarding default application | 0.3 | $ 300.00 | $ 90.00 |
| 8/9/2023 | Correspondence with client regarding default application; correspondence with opposing counsel regarding conference | 0.2 | $ 300.00 | $ 60.00 |
| 8/13/2023 | Correspondence with opposing counsel regarding discovery; revise affidavit for default application; correspondence with client regarding same | 0.4 | $ 300.00 | $ 120.00 |
| 8/14/2023 | Draft letter motion to compel DNA sample; correspondence with client regarding same | 2.5 | $ 300.00 | $ 750.00 |
| 8/15/2023 | Correspondence and conference with opposing counsel regarding case; correspondence with client regarding default application | 0.1 | $ 300.00 | $ 30.00 |
| 8/16/2023 | Finalize declaration in support; correspondence with client regarding same | 0.4 | $ 300.00 | $ 120.00 |
| 8/22/2023 | Revise and refile request for certificate of default | 0.6 | $ 300.00 | $ 180.00 |
| 8/23/2023 | Review ECF bounce from clerk with certificate of default | 0.1 | $ 300.00 | $ 30.00 |
| 8/25/2023 | Correspondence with Avoyants regarding certificate of default; file affidavit of service; review ECF bounce from Court with USMJ Order | 0.2 | $ 300.00 | $ 60.00 |
| 8/29/2023 | Correspondence with opposing counsel regarding discovery | 0.1 | $ 300.00 | $ 30.00 |
| 9/1/2023 | Review ECF bounce from Court regarding motion to compel | 0.1 | $ 300.00 | $ 30.00 |
| 9/6/2023 | Correspondence with opposing counsel regarding bankruptcy; review ECF bounce regarding same | 0.1 | $ 300.00 | $ 30.00 |
| 9/7/2023 | Calendar deadlines and conference; correspondence with opposing counsel regarding discovery | 0.2 | $ 300.00 | $ 60.00 |
| 9/8/2023 | Review ECF bounce from opposing counsel with opposition papers | 0.1 | $ 300.00 | $ 30.00 |
| 9/21/2023 | Calendar deadline | 0.1 | $ 300.00 | $ 30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/26/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 9/28/2023 | Draft and file reply letter in further support of letter motion to compel DNA | 1.6 | $ 300.00 | $ | 480.00 |
| 10/29/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 11/5/2023 | Draft motion for default judgment | 1.9 | $ 300.00 | $ | 570.00 |
| 11/10/2023 | Review ECF bounce from opposing counsel with motion for leave to withdraw | 0.1 | $ 300.00 | $ | 30.00 |
| 11/29/2023 | Review ECF bounce from Court regarding motion for leave to withdraw | 0.1 | $ 300.00 | $ | 30.00 |
| 12/10/2023 | Review calendared deadline | 0.1 | $ 300.00 | $ | 30.00 |
| 12/11/2023 | Review calendared conference and prepare for same | 0.2 | $ 300.00 | $ | 60.00 |
| 12/15/2023 | Review ECF bounce from opposing counsel with letter motion to adjourn | 0.1 | $ 300.00 | $ | 30.00 |
| 12/18/2023 | Review ECF bounce from Court with USMJ Order granting letter motion to adjourn | 0.1 | $ 300.00 | $ | 30.00 |
| 12/19/2023 | Review ECF bounce from Court with USMJ Order granting letter motion to withdraw | 0.1 | $ 300.00 | $ | 30.00 |
| 12/28/2023 | Review ECF bounce from opposing counsel with stipulation of dismissal | 0.1 | $ 300.00 | $ | 30.00 |
| 1/2/2024 | Review ECF bounce from Court with USDJ Order regarding corporate defndant without counsel | 0.1 | $ 300.00 | $ | 30.00 |
| 1/8/2024 | Review ECF bounce from opposing counsel with stipulation of dismissal | 0.1 | $ 300.00 | $ | 30.00 |
| 3/25/2024 | Review ECF bounce from Court with USMJ Order on motion for default; calendar virtual inquest | 0.1 | $ 300.00 | $ | 30.00 |
| TOTALS | | 54 | | $ 16,200.00 | |