# Create a New Invoice    From Open Balances    From Scratch

| | | |
|---|---|---|
| Contact | Illuminada Ortega (Client) | Invoice # 00550 |
| Matter | Ortega v. Champagne Room BK... | Invoice Date 12/28/2024 |
| Address | | Payment Terms Net 30 |
| | | Due Date 01/27/2025 |
| | | Automated Reminders ✓ |
| | | Status Unsent |

☐ Filter by date range   From:    to

## 💼 Ortega v. Champagne Room BK Inc, et al. Contingency

### Time Entries

| Date | EE | Employee | Activity | Time Entry Notes | Rate | Hours | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| 03/25/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding USMJ Order setting virtual hearing on inquest; correspondence with co-counsel with calendar invitation for same; review correspondence from DocketBird regarding USMJ Order. | 300.00 | 0.1 | 30 | ☐ |
| 03/26/2024 | EK | Emanuel Kataev | Review | correspondence from Law360 Alerts regarding case; correspondence with co-counsel and client regarding virtual inquest. | 300.00 | 0.1 | 30 | ☐ |
| 04/01/2024 | EK | Emanuel Kataev | Review | and accept calendar invitation for virtual inquest before USMJ Pollak. | 300.00 | 0.2 | 60 | ☐ |
| 04/02/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding compliance with USMJ Order; calendar virtual inquest. | 300.00 | 0.1 | 30 | ☐ |
| 04/05/2024 | EK | Emanuel Kataev | Correspondence and conference | with co-counsel; correspondence with co-counsel and client. | 300.00 | 0.1 | 30 | ☐ |
| 04/15/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding inquest. | 300.00 | 0.1 | 30 | ☐ |
| 04/17/2024 | EK | Emanuel Kataev | Correspondence with | client and co-counsel regarding hearing for inquest. | 300.00 | 0.1 | 30 | ☐ |
| 04/18/2024 | EK | Emanuel Kataev | Review | calendar reminder for inquest. | 300.00 | 0.1 | 30 | ☐ |
| 04/19/2024 | EK | Emanuel Kataev | Calendar | virtual meeting with client and co-counsel to prepare for inquest; conduct virtual meeting with client and co-counsel; correspondence with client and co-counsel regarding declaration in support of motion for default judgment; calendar next virtual meeting with client and co-counsel. | 300.00 | 0.3 | 90 | ☐ |
| 04/21/2024 | EK | Emanuel Kataev | Review | calendar reminder regarding inquest hearing; correspondence with co-counsel and client regarding adjournment of virtual meeting to prepare for inquest; correspondence with co-counsel regarding same. | 300.00 | 0.1 | 30 | ☐ |

| Date | Initials | Name | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 04/23/2024 | EK | Emanuel Kataev | Conference and correspondence | with client. | 300.00 | 0.1 | 30 |
| 04/24/2024 | EK | Emanuel Kataev | Correspondence with | client and co-counsel regarding virtual meeting to prepare for inquest; prepare and file notice of appearance with Court via ECF; update calendared virtual meeting to prepare for inquest; review reply correspondence from co-counsel regarding same. | 300.00 | 0.2 | 60 |
| 04/25/2024 | EK | Emanuel Kataev | Review | calendar reminder regarding inquest hearing; correspondence with co-counsel and client regarding virtual meeting to prepare for inquest; conduct virtual meeting to prepare for inquest; correspondence with client and co-counsel regarding virtual meeting link for inquest before Court; conduct virtual meeting for inquest before Court; conference with co-counsel regarding case. | 300.00 | 1.2 | 360 |
| 04/26/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding case; review ECF bounce from Court with minute entry for hearing; correspondence with co-counsel regarding same. | 300.00 | 0.1 | 30 |
| 04/27/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding minute entry; correspondence with co-counsel regarding same. | 300.00 | 0.1 | 30 |
| 04/30/2024 | EK | Emanuel Kataev | Review | ECF bounce from Court with USMJ Order regarding minute entry; correspondence with co-counsel regarding same. | 300.00 | 0.1 | 30 |
| 05/01/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding case. | 300.00 | 0.1 | 30 |
| 05/03/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding case. | 300.00 | 0.1 | 30 |
| 05/10/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding case. | 300.00 | 0.1 | 30 |
| 05/12/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding case. | 300.00 | 0.1 | 30 |
| 06/11/2024 | EK | Emanuel Kataev | Review | voice message from USMJ chambers. | 300.00 | 0.1 | 30 |
| 06/12/2024 | EK | Emanuel Kataev | Draft | letter motion for extension of time; file same with Court via ECF. | 300.00 | 0.2 | 60 |
| 06/14/2024 | EK | Emanuel Kataev | Review | ECF bounce from Court with USMJ Order granting letter motion for extension of time. | 300.00 | 0.1 | 30 |
| 06/30/2024 | EK | Emanuel Kataev | Correspondence with | co-counsel regarding deadline. | 300.00 | 0.1 | 30 |

| Date | Initials | Name | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 07/10/2024 | EK | Emanuel Kataev | Draft | letter motion to withdraw default judgment motion; submit same to WEK via email for filing; review ECF bounce with letter motion to withdraw; correspondence with co-counsel regarding same; draft letter motion for settlement approval; file same with Court via ECF; draft letter motion to seal agreement; file same and agreement with Court under seal via ECF; draft status report; file same with Court via ECF; correspondence with co-counsel regarding sealed motion. | 300.00 | 1.6 | 480 |
| 07/11/2024 | EK | Emanuel Kataev | Review | ECF bounce from Court with USDJ Order referring motion. | 300.00 | 0.1 | 30 |
| 07/18/2024 | EK | Emanuel Kataev | Review | ECF bounce from Court with USDJ Order vacating dismissal of parties. | 300.00 | 0.1 | 30 |
| 08/07/2024 | EK | Emanuel Kataev | Review | ECF bounce from Court with USMJ Order. | 300.00 | 0.1 | 30 |
| 08/08/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding docket; review ECF bounce from co-counsel with certificate of service; correspondence with co-counsel regarding same. | 300.00 | 0.1 | 30 |
| 08/09/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding docket. | 300.00 | 0.1 | 30 |
| 08/30/2024 | EK | Emanuel Kataev | Correspondence with | opposing counsel and co-counsel regarding conference; calendar conference with opposing counsel; review reply correspondence from opposing counsel regarding same. | 300.00 | 0.1 | 30 |
| 08/31/2024 | EK | Emanuel Kataev | Draft | joint status report; draft fourth amended complaint; submit same to all counsel of record via email with correspondence regarding same; correspondence with co-counsel regarding same. | 300.00 | 1.2 | 360 |
| 09/01/2024 | EK | Emanuel Kataev | Conference with | client; correspondence with all counsel of record regarding status letter. | 300.00 | 0.4 | 120 |
| 09/03/2024 | EK | Emanuel Kataev | Correspondence with | opposing counsel regarding adjournment of conference; update calendared conference with opposing counsel (x2); review reply correspondence from opposing counsel regarding same; conduct conference with opposing counsel; conference with client. | 300.00 | 0.3 | 90 |
| 09/04/2024 | EK | Emanuel Kataev | Correspondence with | opposing counsel regarding consent for extension of time. | 300.00 | 0.1 | 30 |
| 09/05/2024 | EK | Emanuel Kataev | Conference with | client. | 300.00 | 0.5 | 150 |
| 09/06/2024 | EK | Emanuel Kataev | Review | ECF bounce from opposing counsel with consent letter motion for extension of time; review ECF bounce from Court with USMJ Order granting same. | 300.00 | 0.1 | 30 |
| 09/07/2024 | EK | Emanuel Kataev | Review | correspondence from Law 360 regarding case; correspondence with opposing counsel and co-counsel regarding revision to settlement agreement and joint letter motion for settlement approval; forward same to client and co-counsel via email. | 300.00 | 0.1 | 30 |

| Date | EE | Employee | | Notes | Rate | Hours | Total | |
|---|---|---|---|---|---|---|---|---|
| 09/11/2024 | EK ▼ | Emanuel Kataev ▼ | Correspondence with ▼ | opposing counsel and co-counsel regarding joint letter motion for settlement approval and revised agreement. | 300.00 | 0.1 | 30 | ☐ |
| 09/16/2024 | EK ▼ | Emanuel Kataev ▼ | Correspondence with ▼ | opposing counsel and co-counsel regarding renewed joint letter motion for settlement approval; review ECF bounce from opposing counsel with notice of appearance. | 300.00 | 0.1 | 30 | ☐ |
| 09/18/2024 | EK ▼ | Emanuel Kataev ▼ | Correspondence with ▼ | opposing counsel regarding joint status letter. | 300.00 | 0.1 | 30 | ☐ |
| 09/23/2024 | EK ▼ | Emanuel Kataev ▼ | Correspondence with ▼ | opposing counsel and co-counsel regarding joint letter motion for settlement approval and revised agreement. | 300.00 | 0.1 | 30 | ☐ |
| ＋ Add Time Entry Line | | | | Ortega v. Champagne Room BK Inc, et al. Contingency totals: | | 9.3 | $2,790.00 | |

## Expenses

| Date | EE | Employee | Expense | Expense Notes | Cost | Quantity | Line Total | Non Billable |
|---|---|---|---|---|---|---|---|---|
| | | | | This matter has no unbilled expenses. | | | | |
| ＋ Add Expense | | | | Ortega v. Champagne Room BK Inc, et al. Contingency expense total: | | | $0.00 | |

## Adjustments

| Item | Applied To | Type | Notes | Basis | Percentage | Amount |
|---|---|---|---|---|---|---|
| | | | This invoice has no discounts, write-offs or additions | | | |
| ＋ Add Adjustment | | | | | | |

### Invoice Totals

| | |
|---|---:|
| Time Entry Sub-Total: | $2,790.00 |
| Expense Sub-Total: | $0.00 |
| **Sub-Total:** | **$2,790.00** |
| | $0.00 |
| **Total:** | **$2,790.00** |

Terms & Conditions                                      Invoice Description/Notes (will be shared with clients)

---

## Apply Trust & Credit Funds

**Apply Trust and Credit Funds to this Invoice**
Deposit trust/credit balance first and start applying them to pay off the invoice

| SHOW TRUST ACCOUNT HISTORY ON INVOICE | SHOW CREDIT ACCOUNT HISTORY ON INVOICE |
|---|---|
| Illuminada Ortega | Illuminada Ortega |
| Show Trust Account Sum... ▼ | Show Credit Account Sum... ▼ |

---

## Payment Plan                                                                                              ⬤ DISABLED

## Share Invoice via Client Portal

**Note:** Your client will get a notification email that they now have an invoice available in their portal, with an option to login. If you wish to directly email this invoice as a PDF from MyCase, click the "Share via Email" option on the invoice details view. What will my client see?

| Share | Contact Name | Last Login |
| --- | --- | --- |
| ☐ | Illuminada Ortega (Client) | Never |

Online Payments

ENABLED

Deposit **online payments** for this invoice into:

Operating Account

**Get Paid Now!**

- **Built for Law Firms** by LawPay + MyCase
- **Get paid faster** by letting your clients pay online
- **Save money** with competitive credit card fees

Connect your LawPay account in your Integrations and Apps page

Don't have LawPay? Sign up here

Cancel | Save Invoice

