# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 24, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13B South
Brooklyn, NY 11201-1804

   *Re:*   **Ortega v. Champagne Room BK, Inc.,** *et al.*
      **Case No.: 1:21-cv-1125 (NGG) (CLP)**

Dear Judge Pollak:

  This office represents the Plaintiff Iluminada Ortega (hereinafter the "Plaintiff") in the above referenced case. Plaintiff writes consistent with this Court's January 15, 2025 Order,[1] to provide a status report to confirm whether the motion for settlement approval is still in effect and, if so, to file a copy of the settlement agreement, only, signed by Defendants.

  Plaintiff hereby respectfully confirms that the motion for settlement approval is still in effect. Enclosed is a copy of the fully executed settlement agreement. Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    January 24, 2025         Respectfully submitted,

                  **SAGE LEGAL LLC**

                  */s/ Emanuel Kataev, Esq.*
                  Emanuel Kataev, Esq.
                  18211 Jamaica Avenue
                  Jamaica, NY 11423-2327
                  (718) 412-2421 (office)
                  (917) 807-7819 (cellular)
                  (718) 489-4155 (facsimile)
                  emanuel@sagelegal.nyc

                  *Attorneys for Plaintiff*
                  *Ortega Illuminada*

Enclosure.

                  **VIA ECF**
                  All counsel of record

---

[1] The Order required this submission by Tuesday, January 22, 2025. Your undersigned apologizes for the delay, as he was traveling out of the country over the weekend and experienced flight delays due to the winter storm, rendering him unable to sooner submit this status report.