

A T T O R N E Y S  &  C O U N S E L O R S  - A T - L A W

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** jonathan@shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 30, 2025

<u>**VIA ECF**</u>
The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>**Re:**</u> <u>Ortega v. Yagudaev et al., No. 1:21-cv-01125-HG-CLP</u>
<u>**Motion to Withdraw as Counsel**</u>

Dear Judge Gonzalez:

Pursuant to Local Civil Rule 1.4, the undersigned respectfully submits this letter motion seeking the Court's permission to withdraw as counsel for Plaintiff Iluminada Ortega in the above-referenced matter.

Good cause exists for this request as the undersigned has been substituted by Emanuel Kataev, Esq., Sage Legal LLC.

This request is made in good faith and will not prejudice any party or unduly delay the proceedings.

Accordingly, I respectfully request that the Court grant this motion and relieve me as counsel of record in this matter.

I appreciate the Court's time and consideration.

Dated:  Forest Hills, New York
      January 30, 2025                Respectfully submitted,

                                  **SHALOM LAW, PLLC**
                                  <u>/s/ *Jonathan Shalom*</u>
                                  Jonathan Shalom, Esq.
                                  10513 Metropolitan Avenue
                                  Forest Hills, NY 11375-6737
                                  (718) 971-9474 (office)
                                  (718) 865-0943 (facsimile)
                                  Jonathan@shalomlawny.com

*Attorneys for Plaintiff*