

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** jonathan@shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

February 7, 2025

**VIA ECF**
The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Ortega v. Yagudaev et al., No. 1:21-cv-01125-HG-CLP**
**Letter Motion to Withdraw as Counsel**

Dear Judge Gonzalez:

Pursuant to Local Civil Rule 1.4, the undersigned respectfully submits this letter motion seeking the Court's permission to withdraw as counsel for Plaintiff Iluminada Ortega in the above-referenced matter.

As required by Local Civil Rule 1.4, this application is supported by the accompanying affidavit, which sets forth satisfactory reasons for withdrawal, the current posture of the case, and a statement regarding whether a retaining or charging lien is being asserted.

Good cause exists for this request as the undersigned has been substituted by Emanuel Kataev, Esq., Sage Legal LLC.

This request is made in good faith and will not prejudice any party or unduly delay the proceedings.

This application has been served upon Plaintiff Iluminada Ortega and all other parties, as reflected in the attached proof of service. I respectfully request that the Court grant this motion and issue an order relieving me as counsel of record.

Accordingly, I respectfully request that the Court grant this motion and relieve me as counsel of record in this matter.

I appreciate the Court's time and consideration.

Dated: Forest Hills, New York
      February 7, 2025                                              Respectfully submitted,

                      **SHALOM LAW, PLLC**
                      /s/ *Jonathan Shalom*
                      Jonathan Shalom, Esq.
                      105-13 Metropolitan Avenue
                      Forest Hills, NY 11375-6737
                      (718) 971-9474 (office)
                      (718) 865-0943 (facsimile)
                      Jonathan@shalomlawny.com

                      *Attorneys for Plaintiff*