UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

ILUMINADA ORTEGA,

                  Plaintiff,

    -against-

YAGUDAEV ET AL,

                  Defendants.

----------------------------------------------------------------------x

Docket No.: 1:21-cv-01125-HG-CLP

**AFFIDAVIT IN SUPPORT OF LETTER MOTION TO WITHDRAW AS ATTORNEY**

STATE OF NEW YORK

COUNTY OF QUEENS

I, Jonathan Shalom, being duly sworn, depose and state as follows:

1. I am an attorney admitted to practice before this Court and am counsel of record for Plaintiff Iluminada Ortega in the above-captioned matter.

2. I submit this affidavit in support of my motion to withdraw as attorney of record pursuant to Local Civil Rule 1.4.

3. I request a withdrawal as I have been substituted by Emanuel Kataev, Esq., of Sage Legal, PLLC, who will be representing Plaintiff Iluminada Ortega in pursuing claims against Defendant Sarkis Avoyants.

4. The posture of the case is as follows: Claims against Defendant Ruben Yeghoyan have been settled and resolved. The substituted attorney for Plaintiff, Emanuel Kataev, Esq., of Sage Legal, PLLC, will proceed against Defendant Sarkis Avoyants. Plaintiff's new counsel has filed his Notice of Appearance on April 24, 2024.

5. I am not asserting a charging or retaining lien on this matter.

6. Given the substitution of counsel by Emanuel Kataev, Esq., my withdrawal will not cause undue delay or prejudice to any party.

    **WHEREFORE,** I respectfully request that this Court grant my motion to withdraw as counsel in this matter.

Dated: Forest Hills, New York
       February 7, 2025

Respectfully submitted,

**SHALOM LAW, PLLC**

_____
Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Forest Hills, NY 11375-6737
(718) 971-9474 (office)
(718) 865-0943 (facsimile)
Jonathan@shalomlawny.com

*Attorneys for Plaintiff*