# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Brooklyn, NY 11235

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0024 9 |
| $ | $0.00 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | FEB 7 2025 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.73 | |
| $ | | |
| Total Postage and Fees | | 02/07/2025 |
| $ $5.58 | | |

Sent To  Iluminada Ortega
Street and Apt. No., or PO Box No.  841 Avenue Z
City, State, ZIP+4  Brooklyn, NY 11235

PS Form 3800, January 2023

