**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
ILUMINADA ORTEGA,

                Plaintiff,

                v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                Defendants.
------------------------------------- X

Case No.: 1:21-cv-1125 (HG) (CLP)

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE OF THE FOURTH AMENDED COMPLAINT ON DEFENDANT SARKIS AVOYANTS IN ACCORDANCE WITH THIS COURT'S SCHEDULING ORDER DATED FEBRUARY 10, 2025**

      Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the in this case.

      2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

      3.    On February 10, 2025, I caused Defendant Sarkis Avoyants to be sent a hard copy of the Fourth Amended Complaint (ECF Docket Entry 100) and the Summons dated February 10, 2025 (ECF Docket Entry 113) via first class mail.  A copy of proof of mailing is annexed hereto as **Exhibit "A."**

      I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 10, 2025.

                                                            */s/ Emanuel Kataev, Esq.*
                                                            Emanuel Kataev, Esq.

**Emanuel Kataev**

| | |
|---|---|
| **From:** | The Mail Drop <mailserver@notify.postalmate.net> |
| **Sent:** | Monday, February 10, 2025 1:12 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Shipment Receipt from The Mail Drop |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

### e-Receipt

```
Mail Drop Corp
64-31 108th st.
Forest Hills NY 11375
718 275 2203


Shipment--------------------
    USPS First Class Mail Flat
    Ship To:
        Sarkis Avoyants
        233 Avenue W
        BROOKLYN, NY 11223
    Package ID: 396371              4.57
    Actual Wt: 0 lbs 4.1 ozs
    Rating Wt: 0.31 lbs
Manilla Envelope 9x12               0.75
Labor                               1.00

    SUBTOTAL                        6.32
    TAX                             0.00
    TOTAL                           6.32
TEND Credit Card                    6.32

Total shipments: 1
Emanuel Kataev: Sage Legal LLC
                              02/10/2025
#295936                         01:11 PM
Workstation: 0 - Master Workstation


Please Note: Unless another value is declared each parcel shall be deemed to have a maxi

***********************************
Thank you for your business
***********************************
Mail Drop reserves the right to withhold 10% of all insurace claims proccessed by Mail D
```