UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILUMINADA ORTEGA,<br>                Plaintiff,<br>   v.<br><br>CHAMPAGNE ROOM BK, INC, RUBEN YEGHOYAN, and SARKIS AVOYANTS,<br>                Defendants. | Civil Action No. 21-cv-01125 |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff, ILUMINADA ORTEGA, by and through their undersigned attorney, and Defendants RUBEN YEGHOYAN and CHAMPAGNE ROOM BK., INC. by and through their undersigned attorneys, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed in its entirety with prejudice with regard to RUBEN YEGHOYAN and CHAMPAGNE ROOM BK., INC.

| | |
|---|---|
| By:*/s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>1411 Broadway 29th Floor,<br>New York, NY 10018<br>Tel.(718) 412-2421<br>emanuel@sagelegal.nyc<br>*Attorney for Plaintiff* | By:*/s/ Elena Fast*<br>Elena Fast, Esq.<br>The Fast Law Firm, P.C.<br>521 Fifth Avenue, 17 Floor<br>New York, NY 10175<br>Tel: (212)729-9494<br>elena@fastlawpc.com<br>*Attorney for Defendants Ruben Yeghoyan and Champagne Room BK, Inc.* |
| Dated: February 17, 2025 | Dated: February 17, 2025 |