**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILUMINADA ORTEGA,

              Plaintiff,

v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:21-cv-1125 (HG) (CLP)

**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT AGAINST DEFENDANT SARKIS AVOYANTS**

TO:    BRENNA B. MAHONEY
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

      Please enter the default of Defendant SARKIS AVOYANTS, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein.

Dated: Jamaica, New York
       March 19, 2025

                                             Respectfully submitted,

                                             **SAGE LEGAL LLC**

                                             _/s/_ Emanuel Kataev, Esq._
                                             Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                             Jamaica, NY 11423-2327
                                             (718) 412-2421 (office)
                                             (917) 807-7819 (cellular)
                                             (718) 489-4155 (facsimile)
                                             emanual@sagelegal.com

                                             *Attorneys for Plaintiff*
                                             *Iluminada Ortega*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x

ILUMINADA ORTEGA,

            Plaintiff,

      v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

            Defendants.

------------------------------------- X

Case No.: 1:21-cv-1125 (NGG) (CLP)

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SARKIS AVOYANTS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARKIS AVOYANTS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March _____, 2025

                                    **BRENNA B. MAHONEY**
                                    Clerk of the Court


                           By: _____
                                Deputy Clerk