**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------- x
ILUMINADA ORTEGA, :
: Case No.: 1:21-cv-1125 (NGG) (CLP)
Plaintiff, :
: **CERTIFICATE OF DEFAULT**
v. :
:
CHAMPAGNE ROOM BK, INC d/b/a DRAFT :
BARN d/b/a END ZONE SPORTS BAR & :
LOUNGE, RUBEN YEGHOYAN, and SARKIS :
AVOYANTS, :
:
Defendants. :
------------------------------------- X

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant SARKIS AVOYANTS has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SARKIS AVOYANTS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       March __28__, 2025

                                             **BRENNA B. MAHONEY**
                                             Clerk of the Court

                                    By: ___*Jalitza Poveda*___
                                                 Deputy Clerk