**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILUMINADA ORTEGA,

                Plaintiff,

v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:21-cv-1125 (HG) (CLP)

**DECLARATION OF EMANUEL KATAEV, ESQ. AS TO SERVICE AS REQUIRED BY THIS COURT'S ORDER DATED APRIL 1, 2024 ON DEFENDANT SARKIS AVOYANTS**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On April 1, 2025, I caused Defendant Sarkis Avoyants to be sent a hard copy of this Court's Order of the same date via first class mail. A copy of proof of mailing is annexed hereto as **Exhibit "A."**

4. On April 2, 2025, I caused Defendant Sarkis Avoyants to be sent a hard copy of the Certificate of Default, ECF Docket Entry 118, via first class mail. A copy of proof of mailing is annexed hereto as **Exhibit "B."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2025.

                                                                                         */s/ Emanuel Kataev, Esq.*
                                                                                         Emanuel Kataev, Esq.

# EXHIBIT A

# Emanuel Kataev

| | |
|---|---|
| **From:** | The Mail Drop <mailserver@notify.postalmate.net> |
| **Sent:** | Tuesday, April 1, 2025 7:53 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Package Shipment Notification |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Caution:** This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 4/1/2025 4:52:54 PM |
| From: | Sage Legal LLC |
| Shipped to: | Sarkis Avoyants<br>233 Avenue W<br>BROOKLYN, NY, 11223 |
| Tracking #: | 9407111899560194161648 |
| Expected Arrival: | Not Applicable |

**Thank you for shipping with The Mail Drop.**

1

# EXHIBIT B

**Emanuel Kataev**

| | |
|---|---|
| **From:** | The Mail Drop <mailserver@notify.postalmate.net> |
| **Sent:** | Wednesday, April 2, 2025 7:20 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Package Shipment Notification |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

**USPS Shipment Notification**

| Package Information | |
|---|---|
| Date: | 4/2/2025 4:19:12 PM |
| From: | Sage Legal LLC |
| Shipped to: | Sarkis Avoyants<br>233 Avenue W<br>BROOKLYN, NY, 11223 |
| Tracking #: | 9407111899560193543179 |
| Expected Arrival: | Not Applicable |

Thank you for shipping with The Mail Drop.

1