UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ILUMINADA ORTEGA,

                          Plaintiff,

        -against-                              **ORDER**
                                          21 CV 1125 (HG) (CLP)

DIMITRI YAGUDAEV, *et al.*,

                          Defendants.
----------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

        On March 2, 2021, plaintiff Iluminada Ortega commenced this action against various corporate and individual defendants for violations of Title VII, the NYSHRL, and the NYCHRL relating to allegations of sexual harassment, discrimination, and retaliation within the workplace. (ECF No. 1). After numerous proceedings, on May 3, 2023, plaintiff filed a Second Amended Complaint, adding individual defendant Sarkis Avoyants, among other changes. (ECF No. 57). On June 5, 2023, plaintiff filed a Third Amended Complaint to cure a technical defect. (ECF No. 62). On June 24, 2023, plaintiff served the Third Amended Complaint on defendant Avoyants via personal service upon a person of suitable age and discretion at defendant's residence. (See ECF No. 64). Defendant Avoyants' answer was therefore due on or before July 17, 2023. (Id.)

        Defendant Avoyants failed to answer or otherwise respond to the Complaint, and on August 20, 2023, plaintiff requested a certificate of default as against defendant Avoyants. (ECF No. 68). The Clerk of Court entered default against Avoyants on August 23, 2023 (ECF No. 69), and plaintiff moved for default judgment against Avoyants on November 6, 2023 (ECF No. 76). The Honorable Hector Gonzalez thereafter referred the motion for default judgment to the undersigned for a Report and Recommendation. (See Order, dated November 6, 2023).

1

The undersigned held an inquest hearing on April 26, 2024, after which plaintiff was directed to file a status letter advising whether she intended to amend the complaint again to allege injury under the Wage Theft Prevention Act, or withdraw the motion for default judgment and refile correcting a mistake in the declaration relating to dates of plaintiff's employment and relating to the calculation of damages based on such erroneous dates. (Minute Entry, dated April 26, 2024). Plaintiff withdrew the first motion for default judgment against defendant Avoyants on July 10, 2024. (ECF No. 89). On November 28, 2024, plaintiff filed a Fourth Amended Complaint (ECF No. 100), which plaintiff served on defendant Avoyants on February 10, 2025 via First Class Mail (ECF No. 114). Defendant Avoyants' answer was therefore due on or before March 3, 2025. (Id.)

Defendant Avoyants again failed to answer or otherwise respond to the Fourth Amended Complaint, and on March 19, 2025, plaintiff again requested a certificate of default as against defendant Avoyants. (ECF No. 117). The Clerk of Court again entered default against Avoyants on March 28, 2025 (ECF No. 118), and plaintiff filed her Second Motion for Default Judgment against defendant Avoyants on April 26, 2025 (ECF No. 120). Judge Gonzalez thereafter referred the motion for default judgment to the undersigned for a Report and Recommendation. (See Order, dated April 28, 2025).

Defendant Avoyants is directed to submit any papers in response to plaintiff's motion for default judgment on or before November 11, 2025. An inquest hearing will be held before this Court, via Zoom, on **November 19, 2025 at 9:15 AM**. The hearing may be accessed via the following link:

https://nyed.zoomgov.com/j/1618848916?pwd=eZ0yz32CbgUGECaR6QS0O7kliBAnUh.1

Meeting ID: 161 884 8916

Passcode: 629388

Plaintiff's motion for default judgment and request for damages will be decided based upon plaintiff's submissions, along with any testimony plaintiff provides at the hearing, unless defendant appears to contest the motion.

Plaintiff is directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendant, and to provide the Court with proof of service immediately thereafter.

**SO ORDERED.**

Dated: Brooklyn, New York
October 21, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York