# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

November 7, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl M. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1832

  *Re:* **Ortega v. Yagudaev**, *et al.*
    <u>Case No.: 1:21-cv-1125 (HG) (CP)</u>

Dear Judge Pollak:

  This firm represents the Plaintiff in this case, and respectfully submits this letter motion for an adjournment of the inquest hearing.

  Pursuant to § 3(E) of this Court's Individual Practices, Plaintiff respectfully submits that: (a) the conference is scheduled for November 19, 2025 at 9:30 AM; (b-c) there have not been any prior requests for an adjournment of this inquest hearing; (d) Plaintiff was not able to contact Defendant Sarkis Avoyants, *pro se*, regarding this request; and (e) Plaintiff requests that this conference be adjourned due to conflicting appearances, namely, due to a previously scheduled mediation in the matter of <u>Uribe v. Elahi LLC</u>, Case No. 1:24-cv-7182 (HG).

  Based on the foregoing, Plaintiff respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested adjournment.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).  Plaintiff shall serve this letter and this Court's Scheduling Order dated October 21, 2025 via email at smngmtgroup@gmail.com and at his last known address of 233 Avenue W, Brooklyn, NY 11223.  Plaintiff shall then file a declaration of service.

  Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
    November 7, 2025       Respectfully submitted,
                 **SAGE LEGAL LLC**
                 <u> /s/ Emanuel Kataev, Esq.  </u>
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Plaintiff*