UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILUMINADA ORTEGA,

                Plaintiff,

    -against-                        **ORDER**
                                        21 CV 1125 (HG) (CLP)

DIMITRI YAGUDAEV, *et al.*,

                Defendants.
-----------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

On April 26, 2025, plaintiff Iluminada Ortega filed a Second Motion for Default Judgment against *pro se* defendant Sarkis Avoyants. (ECF No. 120). The Honorable Hector Gonzalez, United States District Judge, thereafter referred the motion for default judgment to the undersigned for a Report and Recommendation. (See Order, dated April 28, 2025). The Court directed defendant Avoyants to submit any papers in response to plaintiff's motion for default judgment on or before November 11, 2025, and scheduled an inquest hearing to be held before the Court via Zoom on November 19, 2025 at 9:15 AM. (ECF No. 124).

On November 7, 2025, plaintiff filed a letter motion requesting to adjourn the inquest hearing. (ECF No. 125). The Court GRANTS the motion to adjourn.

The 11/19 Inquest Hearing is rescheduled to **December 4, 2025 at 11:15 AM**. The hearing will be held via Zoom and may be accessed via the following link:

https://nyed.zoomgov.com/j/1618848916?pwd=eZ0yz32CbgUGECaR6QS0O7kliBAnUh.1

    Meeting ID: 161 884 8916

    Passcode: 629388

Plaintiff's motion for default judgment and request for damages will be decided based upon plaintiff's submissions, along with any testimony plaintiff provides at the hearing, unless defendant appears to contest the motion.

Plaintiff is directed to serve a copy of this Order promptly by certified mail, return receipt requested, on defendant, and to provide the Court with proof of service immediately thereafter.

**SO ORDERED.**

Dated: Brooklyn, New York
       November 10, 2025

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York