UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
ILUMINADA ORTEGA,                     :
                                      :   Case No.: 1:21-cv-1125 (HG) (CLP)
        Plaintiff,               :
                                      :   **DECLARATION OF EMANUEL**
    v.                              :   **KATAEV, ESQ. AS TO SERVICE AS**
                                      :   **REQUIRED BY THIS COURT'S**
CHAMPAGNE ROOM BK, INC d/b/a DRAFT    :   **ORDERS DATED OCTOBER 21,**
BARN d/b/a END ZONE SPORTS BAR &      :   **2025 AND NOVEMBER 10, 2025 ON**
LOUNGE, RUBEN YEGHOYAN, and SARKIS    :   **DEFENDANT SARKIS AVOYANTS**
AVOYANTS,                             :
                                      :
        Defendants.              :
------------------------------------- X

      Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the in this case.

      2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

      3.    On November 22, 2025, I caused Defendant Sarkis Avoyants ("Avoyants") to be sent a hard copy of this Court's Orders dated October 21, 2025 and November 10, 2025 via certified mail. A copy of proof of mailing is annexed hereto as **Exhibit "A."**

      4.    Prior thereto, on November 7, 2025, I caused Avoyants to be sent copies of the October 21, 2025 Order and Plaintiff's November 7, 2025 letter motion to adjourn, ECF Docket Entry 125, via email. A copy of this email is annexed hereto as **Exhibit "B."**

      5.    On November 29, 2025, I caused Avoyants to be sent this Court's November 10, 2025 Order (ECF Docket Entry 126) via email. A copy of this email is annexed hereto as **Exhibit "C."**

      I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2025.

                                                                                                     */s/ Emanuel Kataev, Esq.*
                                                                                                      Emanuel Kataev, Esq.

# EXHIBIT A

Case 1:21-cv-01125-HG-CLP   Document 127   Filed 11/29/25   Page 2 of 8 PageID #: 567

# Emanuel Kataev

| | |
|---|---|
| **From:** | Cuttermill Mailroom <mailserver@notify.postalmate.net> |
| **Sent:** | Saturday, November 22, 2025 3:23 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Package Shipment Notification |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 11/22/2025 12:22:02 PM |
| From: | SAGE LEGAL LLC |
| Shipped to: | SARKIS AVOYANTS<br>233 Avenue W<br>BROOKLYN, NY, 11223-5383 |
| Tracking #: | 9414711899561974692729 |
| Expected Arrival: | Not Applicable |

Thanks you for using Cuttermill Mailroom for all your packing, shipping and printing needs! For any other information you may call us at 516-829-7447 (516-829-SHIP), email us at sales@cuttermillmailroom.com or visit our web site, www.cuttermillmailroom.com

1

# EXHIBIT B

# Emanuel Kataev

| | |
|---|---|
| **From:** | Alivia Cooney |
| **Sent:** | Friday, November 7, 2025 7:55 PM |
| **To:** | smngmtgroup@gmail.com |
| **Cc:** | Emanuel Kataev |
| **Subject:** | Ortega v. Yagudaev, et al., Case No.: 1:21-cv-1125 (HG) (CP) |
| **Attachments:** | 2025-10-21 124 Order.pdf; 2025-11-07 125 Ps Letter Motion to Adjourn.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**SENT ON BEHALF OF EMANUEL KATAEV, ESQ.**

Mr. Avoyants:

Please see the attached letter motion to adjourn the inquest hearing, scheduled pursuant to this Court's October 21, 2025 Order, together with a copy of the Order.

Thanks and best,
Alivia Cooney
Paralegal
Sage Legal LLC

1

# EXHIBIT C

# Emanuel Kataev

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Saturday, November 29, 2025 7:02 PM |
| **To:** | smngmtgroup@gmail.com |
| **Cc:** | Alivia Cooney |
| **Subject:** | RE: Ortega v. Yagudaev, et al., Case No.: 1:21-cv-1125 (HG) (CP) |
| **Attachments:** | 2025-11-21 126 Order.pdf |

Mr. Avoyants:

This office represents the Plaintiff in the above-referenced case. While we sent you notice of this via certified mail, as required by the attached Order, we write to provide you additional notice via email that there will be an inquest hearing on Thursday, December 4, 2025 at 11:15 AM in furtherance of the Plaintiff's motion for a default judgment against you due to your failure to appear.

As set forth in the attached Order, the hearing will proceed by Zoom, at the following link and with the following meeting details.

https://nyed.zoomgov.com/j/1618848916?pwd=eZ0yz32CbgUGECaR6QS0O7kliBAnUh.1
Meeting ID: 161 884 8916
Passcode: 629388

Should you fail to appear, judgment may be entered against you by default.

Please be guided accordingly,



**From:** Alivia Cooney <alivia@sagelegal.nyc>
**Sent:** Friday, November 7, 2025 7:55 PM
**To:** smngmtgroup@gmail.com
**Cc:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Ortega v. Yagudaev, et al., Case No.: 1:21-cv-1125 (HG) (CP)

**SENT ON BEHALF OF EMANUEL KATAEV, ESQ.**

1

Mr. Avoyants:

Please see the attached letter motion to adjourn the inquest hearing, scheduled pursuant to this Court's October 21, 2025 Order, together with a copy of the Order.

Thanks and best,
Alivia Cooney
Paralegal
Sage Legal LLC

2