# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

December 3, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Cheryl L. Pollak, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201-1301

      *Re:*    **Ortega v. Yagudaev,** *et al.*
              <u>**Case No.: 1:21-cv-1125 (HG) (CP)**</u>

Dear Judge Gonzalez:

      This firm represents the Plaintiff in this case, and respectfully submits this letter motion for an adjournment of the conference scheduled for tomorrow, December 4, 2025 at 11:15 AM.

      Pursuant to § 3(E) of this Court's Individual Practices, Plaintiff respectfully submits that: (a) the conference is scheduled for the date and time set forth *supra*; (b-c) there has been one (1) previous request for an adjournment of this inquest hearing and it was granted; (d) Plaintiff was unable to contact Defendant Sarkis Avoyants, *pro se*, regarding this request; and (e) Plaintiff requests that this conference be adjourned because she will be in flight at the time of the hearing, and does not believe that this request affects any other scheduled Court appearance or deadline; and (f) your undersigned emailed the Plaintiff about this hearing because Plaintiff had always been responsive to communications via email in the past.  However, not receiving any response confirming as usual, your undersigned contacted Plaintiff by phone to confirm attendance tomorrow and only learned today that Plaintiff will be in flight from 7:00 AM EST until 1:00 PM EST (10:00 AM PST).

      Plaintiff is prepared, to the extent the Court is able, to conduct the hearing in the latter part of the day, at any time after 2:00 PM PST.  Plaintiff apologizes for this last minute notice.  Plaintiff explained that her immigration attorney is also named Emanuel, and although she saw the email form your undersigned, she got confused and assumed the email was from her immigration attorney, who she had already spoken to.

      Based on the foregoing circumstances, Plaintiff respectfully submits that sufficient good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
      December 3, 2025                      Respectfully submitted,

                                               **SAGE LEGAL LLC**
                                               _/s/ Emanuel Kataev, Esq._
                                               Emanuel Kataev, Esq.
                                               18211 Jamaica Avenue
                                               Jamaica, NY 11423-2327
                                               (718) 412-2421 (office)
                                               (917) 807-7819 (cellular)
                                               (718) 489-4155 (facsimile)
                                               emanuel@sagelegal.nyc

                                               *Attorneys for Plaintiff*
                                               *Iluminada Ortega*

**VIA FIRST CLASS MAIL**
Sarkis Avoyants
233 Avenue W
Brooklyn, NY 11223-5383