UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
ILUMINADA ORTEGA,                     :
                                      :   Case No.: 1:21-cv-1125 (HG) (CLP)
          Plaintiff,                  :
                                      :   **DECLARATION OF EMANUEL**
     v.                               :   **KATAEV, ESQ. AS TO SERVICE AS**
                                      :   **REQUIRED BY THIS COURT'S**
CHAMPAGNE ROOM BK, INC d/b/a DRAFT    :   **ORDERS DATED OCTOBER 21,**
BARN d/b/a END ZONE SPORTS BAR &      :   **2025 AND NOVEMBER 10, 2025 ON**
LOUNGE, RUBEN YEGHOYAN, and SARKIS    :   **DEFENDANT SARKIS AVOYANTS**
AVOYANTS,                             :
                                      :
          Defendants.                 :
------------------------------------- X

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. On January 6, 2026, I caused Defendant Sarkis Avoyants ("Avoyants") to be sent a hard copy of this Court's Report and Recommendation dated December 29, 2025 via certified mail. A copy of proof of mailing is annexed hereto as **Exhibit "A."**

4. Your undersigned respectfully apologizes for not submitting this declaration of service sooner, and addresses the one (1) day delay in mailing same in an accompanying letter motion for an extension of time.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on January 12, 2026.

                                        */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.