Monday, January 12, 2026 at 11:34:00 Eastern Standard Time

**Subject:** FW: Package Shipment Notification
**Date:** Monday, January 12, 2026 at 11:28:39 AM Eastern Standard Time
**From:** Emanuel Kataev
**To:** Alivia Cooney

**From:** Cuttermill Mailroom <mailserver@notify.postalmate.net>
**Sent:** Tuesday, January 6, 2026 6:36 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Subject:** Package Shipment Notification

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

## USPS Shipment Notification

| Package Information | |
|---|---|
| Date: | 1/6/2026 3:35:05 PM |
| From: | SAGE LEGAL LLC |
| Shipped to: | SARKIS AVOYANTS<br>233 Avenue W<br>BROOKLYN, NY, 11223-5383 |
| Tracking #: | 9407111899561912423680 |
| Expected Arrival: | Not Applicable |

**Thanks you for using Cuttermill Mailroom for all your packing, shipping and printing needs! For any other information you may call us at 516-829-7447 (516-829-SHIP), email us at sales@cuttermillmailroom.com or visit our web site, www.cuttermillmailroom.com**