# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

January 12, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201-1301

    *Re:*    **Ortega v. Yagudaev,** *et al.*
             **Case No.: 1:21-cv-1125 (HG) (CLP)**

Dear Judge Gonzalez:

    This office represents the Plaintiff in the above-referenced case. Plaintiff writes to request an extension of time to: (i) file and serve objections[1] pursuant to the Hon. Cheryl L. Pollak, U.S.M.J.'s (hereinafter "Judge Pollak") December 29, 2025 Report and Recommendation ("R&R") requiring that Plaintiff shall file objections to that R&R by January 12, 2026 (<u>see</u> ECF Docket Entry 130); and (ii) file and serve proof of service of the R&R upon Defendant Sarkis Avoyants ("Avoyants").

    Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule 72 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), a party has fourteen (14) days from service of a report and recommendation to file written objections. <u>See</u> 28 U.S.C. § 636(b)(1)(c) & Fed. R. Civ. P. 72. A party may also seek an extension of time of the deadline set forth in Rule 72. <u>See</u> <u>Gao v. Perfect Team Corp.</u>, No. 10-CIV.-1637 (ENV) (CLP), 2013 WL 6901136, at *1 n. 1 (E.D.N.Y. Dec. 31, 2013) (extending Rule 72 deadline at least twice upon request). Indeed, pursuant to Rule 6, the court may, for good cause, extend the time with or without motion or notice if a request is made before the original time or its extension expires. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

    Here, Plaintiff respectfully submits that good cause exists warranting an extension of time for a couple of reasons.

    First, Plaintiff needs additional time to file her objections to Judge Pollak's R&R pursuant to Rule 72 because your undersigned counsel's deadlines in other matters prevented him from being able to prepare Defendants' anticipated Rule 72 motion. It would therefore be unfair to deny Defendants their right to *de novo* review by this Court on account of their counsel's obligations in other matters. <u>See</u>, e.g., <u>Superb Motors, et al. v. Deo, et al.</u>; No.: 2:23-cv-6188 (JMW), ECF Docket Entry 363 and Text Only Order dated December 19, 2025 (" the Court adopts the deposition schedule proposed at ECF No. 363. These deposition dates are final and shall not be changed without leave from the Court").

---

[1] Plaintiff does not have objections *per se*. Rather, Plaintiff seeks to address the questions raised by Judge Pollak in the R&R.

      Second, Plaintiff wishes to avail herself of *de novo* review of Judge Pollak's R&R pursuant to Rule 72 to address the questions raised by the R&R, which will require additional time. In the R&R, Judge Pollak concluded that the record was insufficient to support certain aspects of the relief Plaintiff sought and therefore recommended denying that relief without prejudice. The Report reflects that this determination was made based on the written submissions before the Court, without conducting an evidentiary hearing, albeit primarily due to Plaintiff's and your undersigned's respective unavailability.

      Notably, the defaulting Defendants did not submit any opposition papers, sworn testimony, or other evidence in response to Plaintiff's motion.

      In addition, Plaintiff respectfully requests an extension of time *nunc pro tunc* to serve the R&R on Avoyants from Monday, January 5, 2026 to Tuesday, January 6, 2026. Although your undersigned submitted an order to the Cuttermill Mailroom to mail the R&R on Sunday, January 4, 2026, regrettably, it was not sent out until Tuesday, January 6, 2026 despite follow up by your undersigned's staff to Cuttermill Mailroom the next day. As set forth on the docket, a declaration of service with proof of service has been filed. Your undersigned apologizes for not filing same sooner.

      Accordingly, Defendants respectfully submits that good cause exists warranting this Court to exercise its discretion in granting the requested extension of time.

      Plaintiff thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       January 12, 2026                Respectfully submitted,

                                                  **SAGE LEGAL LLC**
                                                  */s/ Emanuel Kataev, Esq.*
                                                  Emanuel Kataev, Esq.
                                                  18211 Jamaica Avenue
                                                  Jamaica, NY 11423-2327
                                                  (718) 412-2421 (office)
                                                  (917) 807-7819 (cellular)
                                                  (718) 489-4155 (facsimile)
                                                  emanuel@sagelegal.nyc

                                                  *Attorneys for Plaintiff*
                                                  *Iluminada Ortega*

**VIA FIRST CLASS MAIL**
Sarkis Avoyants
233 Avenue W
Brooklyn, NY 11223-5383