UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILUMINADA ORTEGA,

            Plaintiff,

v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 1:21-cv-1125 (HG) (CLP)

**PLAINTIFF'S NOTICE OF MOTION FOR OBJECTIONS TO THE HON. CHERYL M. POLLAK, U.S.M.J.'S DECEMBER 29, 2025 REPORT & RECOMMENDATION**

**PLEASE TAKE NOTICE THAT,** upon the annexed memorandum of law, and all prior papers and proceedings in this case, the Plaintiff, by her undersigned counsel, will move this Court, on such date as is set by the Court, pursuant to Rule 72 of the Federal Rules of Civil Procedure to set aside the Hon. Cheryl M. Pollak, U.S.M.J.'s December 29, 2025 Report and Recommendation.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served on the undersigned no later than Wednesday, January 28, 2026, and Plaintiff shall file reply papers in further support no later than Wednesday, February 4, 2026.

Dated: Jamaica, New York
        January 14, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
  /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.com

*Attorneys for Plaintiff*
*Iluminada Ortega*