**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------ x

ILUMINADA ORTEGA,

          Plaintiff,

          v.

CHAMPAGNE ROOM BK, INC d/b/a DRAFT BARN d/b/a END ZONE SPORTS BAR & LOUNGE, RUBEN YEGHOYAN, and SARKIS AVOYANTS,

          Defendants.

------------------------------------ X

Case No.: 1:21-cv-1125 (HG) (CLP)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO SET ASIDE THE HON. CHERYL M. POLLAK, U.S.M.J'S DECEMBER 29, 2025 REPORT & RECOMMENDATION**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who are the attorneys for the in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. In the Court's Report and Recommendation dated December 29, 2025 ("R&R"), the Hon. Cheryl M. Pollak, U.S.M.J. ("Judge Pollak") raised questions regarding your undersigned's billing records. See ECF Docket Entry 130 at page 31-32.

4. Regarding the first exhibit, your Honor inquired as to which attorney or paralegal performed which of the listed tasks.

5. ECF Docket Entry 103-1, described as the Shalom Law Billing Records, lists tasks performed by Jonathan Shalom, Esq.

6. There was no paralegal performing work on this case based on the Shalom Law Billing Records.

7. The background and experience of Mr. Shalom includes his graduation from St. John's University School of Law in or about 2015, and his admission to practice in the State of New York in or about 2016, followed by admission to the United States District Courts for the Southern District of New York and the Eastern District of New York. He founded Shalom Law, PLLC in 2018 and currently primarily focuses his practice on personal injury law.

8. Prior thereto and as late as January 2025 last year, Mr. Shalom has litigated approximately 390 cases, many of which were employment cases, mostly in the wage-and-hour realm. See, e.g., Rodea v. New York Diner, Inc., et al.; Case No.: 1:21-cv-217.

9. Mr. Shalom also defended employers in wage-and-hour cases. See, e.g., Salamanca, et al. v. Sweet Coffee Bakery, Inc., et al.; Case No.: 1:20-cv-6223.

10. The second exhibit, at ECF Docket Entry 103-2, is indeed a compilation of entries of work performed by your undersigned at Sage Legal LLC. These entries have been separated because your undersigned works at a different law firm than Mr. Shalom.

11. The background and experience of your undersigned is as follows: I graduated from St. John's University School of Law in 2013, and have been admitted to practice in the State of New York since 2013, the State of Connecticut since 2014, and the State of New Jersey since 2021. I am also admitted to practice law in numerous federal courts, as well as the United States Court of Appeals for the Second Circuit.

12. After practicing law since 2013, I started my own firm, Sage Legal LLC, in January 2024.

13. I have prosecuted wage-and-hour cases, and have also defended wage-and-hour cases through trial and appeal, since 2013 as an associate at The Boyd Law Group, PLLC, and since 2014 as an associate and, later, partner at Milman Labuda Law Group PLLC.

14. Shalom and I both charged $300.00 per hour for our time on this case, which rate is reasonable given that it is well within the range awarded for wage-and-hour cases by courts in this district and in light of our respective years of experience.

15. The costs Plaintiff is seeking to recover in this case are the $402.00 filing fee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2026.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.