UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ILLUMINADA ORTEGA,

              Plaintiff,

v.

DIMITRI YAGUDAEV et al.,

              Defendants.
-------------------------------------------------------------X

JUDGMENT
21-CV-1125 (HG) (CLP)

      An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on February 20, 2026, adopting in part and modifying in part the Report and Recommendation of Magistrate Cheryl L. Pollak, dated December 29, 2025, granting Plaintiff's motion as to liability; awarding Plaintiff $2,250 in unpaid overtime wages under the NYLL; $2,250 in liquidated damages; $1,091.28 in pre-judgment interest, plus 55 cents per diem until the date that judgment is entered; post-judgment interest until the judgment has been paid in full; and a fifteen percent increase penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal and no appeal is then pending, whichever is later, NYLL § 198(4); and the Clerk of Court having calculated the additional pre-judgment interest at the rate set forth above, and the interest being $5.50; it is

      ORDERED and ADJUDGED that Plaintiff's motion is granted as to liability; Plaintiff is awarded a total amount of $ 5,596.78; Plaintiff is also awarded post-judgment interest until the judgment has been paid in full; and a fifteen percent increase penalty if damages under the NYLL are not paid within ninety days of judgment or the expiration of time to appeal and no appeal is then pending, whichever is later. NYLL § 198(4).

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 3, 2026 | Brenna B. Mahoney<br>Clerk of Court |
| | By: _/s/Jalitza Poveda_<br>       Deputy Clerk |