# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

March 6, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1804

      *Re:*    <u>Ortega v. Yagudaev, *et al.*</u>
             <u>Case No.: 1:21-cv-1125 (HG) (CLP)</u>

Dear Judge Gonzalez:

      This office represents the Plaintiff in the above-referenced case. Plaintiff writes to request an extension of time of two (2) weeks to renew her motion as to statutory damages under the Wage Theft Prevention Act ("WTPA") as well as attorneys' fees and costs pursuant to this Court's Order dated February 20, 2026. For the reasons set forth below, good cause and excusable neglect warrant this Court's exercise of discretion in favor of granting the requested extension of time.

      Pursuant to ¶ C(2) of this Court's Individual Practices, Plaintiff respectfully submits that: (a) the original date the renewed motion was to be filed is today, March 6, 2026; (b-c) there have been no previous requests for an extension of this deadline; (d) the adversary has defaulted such that his consent cannot be sought; (e) there are no other dates previously scheduled and Plaintiff respectfully suggests the extension of time of two (2) weeks should be extended to March 20, 2026; and (f) the grounds for the extension or adjournment are as follows:

      Plaintiff's undersigned counsel was unable to sooner file the instant request nor file a renewed motion because he had oral argument before the Hon. James M. Wicks, U.S.M.J. in the matter of <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>; Case No.: 2:23-cv-6188 (JMW) on Monday, March 2, 2026 and thereafter prepared for a hearing before the Hon. Pamela K. Chen, U.S.D.J. on the next day, March 3, 2026, in the matter of <u>IME WatchDog, Inc. v. Gelardi, *et al.*</u>; Case No.: 1:22-cv-1032 (PKC) (JRC). On Wednesday, March 4, 2026, and Thursday, March 5, 2026, Plaintiff's undersigned counsel was engaged in all day depositions, with the former in-person and the latter virtually, in the <u>Superb</u> matter. In addition, Plaintiff's undersigned counsel opposed a motion for summary judgment in <u>Jackson v. GT Technologies, Inc.</u>; Case No.: 4:25-cv-218 (AW) (MAF) pending in the United States District Court for the Northern District of Florida. Each of the foregoing engagements required substantial time for preparation in the preceding weeks such that Plaintiff was unable to sooner file her renewed motion or seek this extension earlier.

      Accordingly, Plaintiff respectfully submits that both good cause and excusable neglect exists warranting this Court to exercise its discretion in granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

      Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
March 6, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
_/s/ Emanuel Kataev, Esq._
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff
Iluminada Ortega*