**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

ILUMINADA ORTEGA,                                   :

                                        :      Case No.: 1:21-cv-1125 (HG) (PCG)

              Plaintiff,                    :

                                          :    **PLAINTIFF'S RENEWED NOTICE**

              v.                              :    **OF MOTION FOR OBJECTIONS**

                                          :    **TO THE HON. CHERYL M.**

CHAMPAGNE ROOM BK, INC d/b/a DRAFT     :    **POLLAK, U.S.M.J.'S DECEMBER**

BARN d/b/a END ZONE SPORTS BAR &       :    **29, 2025 REPORT &**

LOUNGE, RUBEN YEGHOYAN, and SARKIS     :    <u>**RECOMMENDATION**</u>

AVOYANTS,                                           :

                                          :

              Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

      **PLEASE TAKE NOTICE THAT,** upon the annexed memorandum of law, and all prior papers and proceedings in this case, the Plaintiff, by her undersigned counsel, will move this Court, on such date as is set by the Court, pursuant to Rule 72 of the Federal Rules of Civil Procedure to set aside, in part, the Hon. Cheryl M. Pollak, U.S.M.J.'s December 29, 2025 Report and Recommendation, ECF Docket Entry 130.

Dated: Jamaica, New York
       March 20, 2026                      Respectfully submitted,

                                            **SAGE LEGAL LLC**

                                         */s/ Emanuel Kataev, Esq.*
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.com

                                         *Attorneys for Plaintiff*
                                         *Iluminada Ortega*