**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ILUMINADA ORTEGA,                                :

                                :     Case No.: 1:21-cv-1125 (HG) (PCG)

         Plaintiff,                     :

                                :    **PLAINTIFF'S NOTICE OF**

         v.                          :    <u>**MOTION FOR ATTORNEYS' FEES**</u>

                                :

CHAMPAGNE ROOM BK, INC d/b/a DRAFT          :
BARN d/b/a END ZONE SPORTS BAR &            :
LOUNGE, RUBEN YEGHOYAN, and SARKIS          :
AVOYANTS,                                   :

                                :

         Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

     **PLEASE TAKE NOTICE THAT,** upon the annexed memorandum of law, and all prior papers and proceedings in this case, the Plaintiff, by her undersigned counsel, will move this Court, on such date as is set by the Court, pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") and 29 U.S.C. § 216(b) for attorneys' fees as a prevailing party in this case under the Fair Labor Standards Act and New York Labor Law.

     **PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served on the undersigned no later than Monday, May 4, 2026, and Plaintiff shall file reply papers in further support no later than Monday, May 11, 2026.

Dated: Jamaica, New York            Respectfully submitted,
       April 20, 2026            **SAGE LEGAL LLC**
                              <u>*/s/ Emanuel Kataev, Esq.*</u>
                              Emanuel Kataev, Esq.
                              18211 Jamaica Avenue
                              Jamaica, NY 11423-2327
                              (718) 412-2421 (office)
                              (917) 807-7819 (cellular)
                              (718) 489-4155 (facsimile)
                              emanuel@sagelegal.com

                              *Attorneys for Plaintiff*
                              *Iluminada Ortega*