UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ILUMINADA ORTEGA,

                    Plaintiff,

                    v.

CHAMPAGNE ROOM BK, INC d/b/a
DRAFT BARN d/b/a END ZONE
SPORTS BAR & LOUNGE, RUBEN
YEGHOYAN, and SARKIS AVOYANTS,

                    Defendants.
------------------------------------------------------------------X

JUDGMENT
21-CV-01125 (HG)

A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on July 13, 2026, granting in part and denying in part Plaintiff's motion for attorneys' fees, ECF No. 140; and awarding Plaintiff $3,900.00 in attorneys' fees as against Defendant Avoyants; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant Avoyants in the amount of $3,900.00.

Dated: Brooklyn, New York
       July 14, 2026

Brenna B. Mahoney
Clerk of Court

By:    */s/Jalitza Poveda*
       Deputy Clerk